UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

In re:

THE BANKRUPTCY LINK,
ANATHONY ABAS v. BANK OF NEW YORK

Case Nos. 03-06960
95-88888


                        Debtor
--------------------------------------------------------------X


**NOTICE OF CONVENTIONAL FILING IN ECF SYSTEM: TRANSCRIPT OF HEARING**


Transcript of hearing held on February 28, 2005

Re:  N/M by the Bank of New York; Motion for Summary Judgment.

The transcript of the above hearing has been filed with the Clerk's office,

> United States Bankruptcy Court
> Southern District of New York
> One Bowling Green
> New York, New York 10004-1408

and is available for viewing in Room 511 during regular court hours.

Copies of the transcript may be purchased from:
> Veritext Court Reporters
> 200 Old Country Road, Suite 260
> Mineola, New York 11501
> 212-867-8228 and 212-374-1138