**GREENBAUM, ROWE, SMITH & DAVIS LLP**
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey 07095
(732) 549-5600
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISSA CANAVAN, LESLIE GOLDSMITH and JUDITH KALMAN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN HARBECK, ARMANDO J. BUCELO, JR., TODD S. FARHA, WILLIAM H. HEYMAN, WILLIAM S. JASIEN, DAVID G. NASON, MARK S. SHELTON and DAVID J. STOCKTON,<br><br>Defendants. | Civil Action No. 2:10-cv-0954-FHS-PS<br><br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the following listed attorney hereby enters his appearance for defendants, and request that all notices to be given or required to be served in this case be given and served upon the following:

Alan S. Naar, Esq.
**GREENBAUM, ROWE, SMITH & DAVIS LLP**
**Metro Corporate Campus One**
**P.O. Box 5600**
**Woodbridge, NJ 07095-0988**
anaar@greenbaumlaw.com

1193881.01

<u>Street Address:</u>
99 Wood Avenue South
Iselin, NJ 08830-2712
Tel: (732) 549-5600
Fax: (732) 549-1881

**PLEASE TAKE FURTHER NOTICE** that the foregoing notice includes, without limitation, orders, applications, motions, petitions, pleadings, legal memoranda, or papers transmitted or conveyed by electronic filing, mail, personal delivery, telephone, telegraph, telex, telecopy or otherwise, which pertain to the above-captioned case.

GREENBAUM, ROWE, SMITH & DAVIS LLP
Attorneys for Defendants

By: _____
ALAN S. NAAR

DATED: March 16, 2010

2

1193881.01