Helen Davis Chaitman (hdc-4266)
BECKER & POLIAKOFF, LLP
21 East Front Street – Suite 400
Redbank, New Jersey 07701
(908) 303-4568
    --and--
45 Broadway
New York, New York 10006
(212) 599-3322
*Attorneys for the Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISSA CANAVAN, LESLIE GOLDSMITH, and JUDITH KALMAN on behalf of themselves and all others similarly situated, <br><br> Plaintiffs <br><br> vs. <br><br> STEPHEN HARBECK, ARMANDO J. BUCELO, JR., TODD S. FARHA, WILLIAM H. HEYMAN, WILLIAM S. JASIEN, DAVID G. NASON, MARK S. SHELTON, and DAVID J. STOCKTON, <br><br> Defendants. | Civil Action No. 2:10-cv-0954-FHS-PS <br><br> **ACKNOWLEDGEMENT OF SERVICE OF SUMMONS AND COMPLAINT** |

The undersigned declares under penalty of perjury that on March 8, 2010, I accepted service of the summons and complaint filed in this action on behalf of defendant Mark S. Shelton named herein, and that I am authorized to accept service on behalf of the defendants.

GREENBAUM ROWE SMITH & DAVIS LLP

Dated: March 8, 2010    By: _____
Alan S. Naar, Esq.
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey 07095-0988
(732) 549-5600
ANAAR@GREENBAUMLAW.COM
ANAAR

*Attorneys for Defendants Stephen Harbeck, Armando J. Bucelo, Jr., Todd S. Farha, William H. Heyman, William S. Jasien, David G. Nason, Mark S. Shelton, and David J. Stockton*