Helen Davis Chaitman (hdc-4266)
BECKER & POLIAKOFF, LLP
21 East Front Street – Suite 400
Redbank, New Jersey 07701
(908) 303-4568
　　--and--
45 Broadway
New York, New York 10006
(212) 599-3322
*Attorneys for the Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISSA CANAVAN, LESLIE GOLDSMITH, and JUDITH KALMAN on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs<br>　vs.<br><br>STEPHEN HARBECK, ARMANDO J. BUCELO, JR., TODD S. FARHA, WILLIAM H. HEYMAN, WILLIAM S. JASIEN, DAVID G. NASON, MARK S. SHELTON, and DAVID J. STOCKTON,<br><br>　　　　　　　　　　　Defendants. | Civil Action No. 2:10-cv-0954-FHS-PS<br><br><br>**ACKNOWLEDGEMENT OF<br>SERVICE OF<br>SUMMONS AND COMPLAINT** |

　　　　The undersigned declares under penalty of perjury that on March 8, 2010, I accepted service of the summons and complaint filed in this action on behalf of defendant David J. Stockton named herein, and that I am authorized to accept service on behalf of the defendants.

　　　　　　　　　　　　　　　　　　GREENBAUM ROWE SMITH & DAVIS LLP

Dated: March 8, 2010　　　　　　By: _____
　　　　　　　　　　　　　　　　　Alan S. Naar, Esq.
　　　　　　　　　　　　　　　　　Metro Corporate Campus One
　　　　　　　　　　　　　　　　　P.O. Box 5600
　　　　　　　　　　　　　　　　Woodbridge, New Jersey 07095-0988
　　　　　　　　　　　　　　　　　(732) 549-5600
　　　　　　　　　　　　　　　　　ANAAR@GREENBAUMLAW.COM
　　　　　　　　　　　　　　　　　ANAAR

*Attorneys for Defendants Stephen Harbeck, Armando J. Bucelo, Jr., Todd S. Farha, William H. Heyman, William S. Jasien, David G. Nason, Mark S. Shelton, and David J. Stockton*