**GREENBAUM, ROWE, SMITH & DAVIS LLP**
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey 07095
(732) 549-5600
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISSA CANAVAN, LESLIE GOLDSMITH and JUDITH KALMAN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN HARBECK, ARMANDO J. BUCELO, JR., TODD S. FARHA, WILLIAM H. HEYMAN, WILLIAM S. JASIEN, DAVID G. NASON, MARK S. SHELTON and DAVID J. STOCKTON,<br><br>Defendants. | Civil Action No. 2:10-cv-0954-FHS-PS<br><br>**APPLICATION AND ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE REPLY TO THE COMPLAINT PURSUANT TO L. CIV. R. 6.1(b)** |

Application is hereby made by Greenbaum, Rowe, Smith & Davis LLP, counsel for defendants, for a Clerk's Order extending the time within which said defendants may answer, move or otherwise respond to the complaint pursuant to L. Civ. R. 6.1(b) for a period of 14 days through and including April 12, 2010. It is represented that

1. No previous extension has been obtained;

2. Defendants acknowledged service on March 8, 2010; and

3. The time to answer, move or otherwise reply expires on March 29, 2010.

1192048.01

GREENBAUM, ROWE, SMITH
& DAVIS LLP
Attorneys for Defendants

By_____
ALAN S. NAAR

Dated: March 25, 2010

## ORDER

The above application is ORDERED GRANTED. The time within which the defendants may answer, move or otherwise respond to the complaint is extended fourteen (14) days through and including April 12, 2010.

Dated: March ____, 2010

WILLIAM T. WALSH
Clerk of the Court


By:_____
Deputy Clerk

2

1192048.01