**BECKER &**
**POLIAKOFF, LLP**

45 BROADWAY
11TH FLOOR
NEW YORK, NY 10006
212.599.3322 PHONE
212.557.0295 FAX

21 EAST FRONT STREET
SUITE 400
RED BANK, NJ 07701
732.842.1662 PHONE
732.842.9047 FAX

**Please reply to New York office.**

ADMINISTRATIVE OFFICE
3111 STIRLING ROAD
FORT LAUDERDALE, FL 33312
954.987.7550

WWW.BECKER-POLIAKOFF.COM
WWW.SECCORPLAW.COM

March 31, 2010

**BY ECF**

Honorable Patty Shwartz
United States Magistrate Judge for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:   *Canavan v. Harbeck* (Case No. 10-cv-954-FSH-PS)

Dear Judge Shwartz:

    On behalf of the plaintiffs, we write to inform the Court that, based upon our review of the law, we cannot stipulate to dismiss the "federal defendants," as defined in Your Honor's March 18, 2010 Order. We request that the Court schedule a conference call to discuss how we should proceed.

                          Respectfully,

                          */s/ Helen Davis Chaitman*

                        Helen Davis Chaitman

HDC:leb

cc:    Alan S. Naar, Esq. [ANAAR@GREENBAUMLAW.COM]
        Jeff Ehrlich, Esq. [JEFF.EHRLICH@USDOJ.GOV]