# Greenbaum Rowe Smith & Davis LLP

**COUNSELORS AT LAW**

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600    FAX (732) 549-1881

DELIVERY ADDRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ 08830-2712

INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

ALAN S. NAAR, ESQ.
(732) 476-2530 - DIRECT DIAL
(732) 476-2531 - DIRECT FAX
ANAAR@GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

March 31, 2010

**Via CM/ECF**
Hon. Patty Shwartz
U.S. District Court
Frank R. Lautenberg U.S.P.O. & Courthouse Bldg.
Room 477
P.O. Box 999
Newark, NJ  07101-0999

      Re:    **Canavan, et al. v. Harbeck, et al.**
               **Civil Action No. 10-cv-954**

Dear Judge Shwartz:

     As you know, this firm represents the defendants in the above-referenced action. We are in receipt of a letter to your Honor from Ms. Chaitman, plaintiffs' counsel, dated today. In her letter, Ms. Chaitman reports that she "cannot stipulate to dismiss the 'federal defendants.'" Ms. Chaitman then requests that the Court schedule a conference call.

     The defendants respectfully request that the Court schedule an in-person conference rather than a conference call. We believe that a full discussion of all of the issues relating to the "federal defendants," as well as issues relating to defendants' motion to transfer this case, and other issues relating to the case, would be best accomplished in an in-person conference. Defendants are available next week for such a conference.

**Greenbaum Rowe Smith & Davis** LLP

Hon. Patty Shwartz
March 31, 2010
Page 2

Thank you for your time and consideration.

Respectfully yours,

Alan S. Naar

ASN:jc
cc:   Helen Davis Chaitman, Esq.
      Jeff Ehrlich, Esq.