

# Greenbaum Rowe Smith & Davis LLP

### COUNSELORS AT LAW

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600    FAX (732) 549-1881

DELIVERY ADDRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ 08830-2712

INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

ALAN S. NAAR, ESQ.
(732) 476-2530 - DIRECT DIAL
(732) 476-2531 - DIRECT FAX
ANAAR@GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

April 1, 2010

**Via CM/ECF**
Hon. Patty Shwartz
U.S. District Court
Frank R. Lautenberg U.S.P.O. & Courthouse Bldg.
Room 477
P.O. Box 999
Newark, NJ 07101-0999

Re:   Canavan, et al. v. Harbeck, et al.
      **Civil Action No. 10-cv-954**

Dear Judge Shwartz:

This will confirm my telephone conference with your Honor's chambers that all counsel are available for a conference call at 3:45 p.m. on Monday, April 5. We will initiate the call.

Thank you for your cooperation regarding the time of the call.

Respectfully yours,

Alan S. Naar

ASN:jc
cc:   Helen Davis Chaitman, Esq.
      Jeff Ehrlich, Esq.