JEFFREY PAUL EHRLICH
*Trial Attorney*
U.S. Department of Justice
Benjamin Franklin Station
P.O. Box 888
Washington, D.C. 20044
Telephone: 202-353-2574
Facsimile: 202-616-5200
e-mail: jeff.ehrlich@usdoj.gov
Attorney for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISSA CANAVAN et al., | |
| Plaintiffs, | Hon. Faith S. Hochberg |
| v. | Civil Action No. 10-954 (FSH) |
| STEPHEN HARBECK et al., | Motion to Substitute |
| Defendants. | |

To: Helen Davis Chaitman
Becker & Poliakoff, LLP
21 East Front Street — Suite 400
Redbank, NJ 07701
Counsel for Plaintiffs

Please Take Notice that on May 3, 2010, or as soon thereafter as counsel may be heard, the United States will apply to this Court for an Order substituting itself as a Defendant in lieu of David G. Nason and David J. Stockton.

In support of this motion, the Court is respectfully referred to the attached Brief and the United States and Certification.

DATED:    April 9, 2010.

>Respectfully submitted,
>
>TONY WEST
>*Assistant Attorney General*
>
>PAUL J. FISHMAN
>*United States Attorney*
>
>PHYLLIS J. PYLES
>*Director, Torts Branch*
>
>MARY M. LEACH
>*Assistant Director, Torts Branch*
>
>s/ Jeffrey Paul Ehrlich
>JEFFREY PAUL EHRLICH
>*Trial Attorney*
>U.S. Department of Justice
>Benjamin Franklin Station
>P.O. Box 888
>Washington, D.C. 20044
>Telephone: 202-353-2574
>Facsimile: 202-616-5200
>e-mail: jeff.ehrlich@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2010, I served by CM/ECF, upon all counsel of record, a copy of this notice, and the attached brief, certification, and proposed order.

s/ Jeffrey Paul Ehrlich