UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISSA CANAVAN et al., <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN HARBECK et al., <br><br> Defendants. | Hon. Faith S. Hochberg <br><br> Civil Action No. 10-954 (FSH) <br><br> **[PROPOSED]** Order on Substitution |

This matter having been opened to the Court by Jeffrey Paul Ehrlich, Trial Attorney, attorney for the United States, for an Order to substitute the United States as a Defendant in lieu of David G. Nason and David J. Stockton, and the Court having considered the matter, it is on this      day of           , 2010,

ORDERED that this action be dismissed as to Defendants David G. Nason and David J. Stockton, and that the United States be substituted as a Defendant in their place.

_____
HONORABLE FAITH S. HOCHBERG,
United States District Judge