Helen Davis Chaitman (HDC 4266)
Peter W. Smith (PWS 8678)
BECKER & POLIAKOFF, LLP
40 Monmouth Park Highway, Suite 1
West Long Branch, NJ 07764

and

45 Broadway
New York, New York 10006
(212) 599-3322
psmith@becker-poliakoff.com
*Attorneys for the Plaintiffs*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISSA CANAVAN, LESLIE GOLDSMITH, and JUDITH KALMAN on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>STEPHEN HARBECK, ARMANDO J. BUCELO, JR., TODD S. FARHA, WILLIAM H. HEYMAN, WILLIAM S. JASIEN, DAVID G. NASON, MARK S. SHELTON, and DAVID J. STOCKTON,<br><br>　　　　　Defendants. | Civil Action No. 2:10-cv-00954-FSH -PS<br><br><br><br>**NOTICE OF APPEARANCE** |

　　TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORPD:

　　Please enter my appearance as counsel in this case for Lissa Canavan, Leslie Goldsmith and Judith Kalman.

　　I certify that I am admitted to practice in this court.

Dated: April 14, 2010

　　　　　　　　　　　　　　　　　　　　By:　/s/ Peter W. Smith (PWS 8678)