Helen Davis Chaitman (4266)
BECKER & POLIAKOFF, LLP
21 East Front Street – Suite 400
Redbank, New Jersey 07701
(908) 303-4568
-and-
45 Broadway
New York, New York 10006
(212) 599-3322
hchaitman@becker-poliakoff.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LISSA CANAVAN, et al., | |
| Plaintiffs, | HON. FAITH S. HOCHBERG |
| v. | CIVIL ACTION NO. 10-954 (FSH) |
| STEPHEN HARBECK, et al., | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, Lourdes Blanco, hereby certify that on April 19, 2010 I caused a true and correct copy of **Plaintiff's Opposition to Motion to Substitute the United States as a Party** to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

| | |
|---|---|
| Paul A. Rowe, Esq. | Jeffrey Paul Ehrlich, Esq. |
| Greenbaum, Rowe, Smith, Ravin, Davis & Himmell LLP | U.S. Department of Justice |
| 6 Becker Farm Road | P.O. Box 888 |
| Roseland, NJ 07068 | Ben Franklin Station |
| prowe@greenbaumlaw.com | Washington, DC 20044 |
| *Attorneys for Defendants* | jeff.ehrlich@usdoj.gov |
| | *Attorneys for United States of America* |

Dated: April 19, 2010

*/s/ Lourdes Blanco*