**GREENBAUM, ROWE, SMITH & DAVIS LLP**
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey 07095
(732) 549-5600
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISSA CANAVAN, LESLIE GOLDSMITH and JUDITH KALMAN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN HARBECK, ARMANDO J. BUCELO, JR., TODD S. FARHA, WILLIAM H. HEYMAN, WILLIAM S. JASIEN, DAVID G. NASON, MARK S. SHELTON and DAVID J. STOCKTON,<br><br>Defendants. | Civil Action No. 2:10-cv-0954-FHS-PS<br><br>**NOTICE OF MOTION TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK FOR REFERRAL TO BANKRUPTCY COURT** |

To: Helen Davis Chaitman, Esq.
Becker & Poliakoff, LLP
45 Broadway, 11th Floor
New York, NY 10006
Attorneys for Plaintiffs

PLEASE TAKE NOTICE that on Monday, May 17, 2010, at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for defendants will move before the Honorable Faith S. Hochberg, United States District Judge, United States District Court, District of New Jersey, at the U.S. Courthouse in Newark, New Jersey, for the entry of an order

1203436.01

transferring this case to the United States District Court for the Southern District of New York for referral to the United States Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that defendants will rely upon a supporting memorandum of law.

PLEASE TAKE FURTHER NOTICE that defendants request oral argument.

PLEASE TAKE FURTHER NOTICE that a proposed order is submitted herewith.

> GREENBAUM, ROWE, SMITH
> & DAVIS LLP
> Attorneys for Defendants
>
> By _____
> ALAN S. NAAR

Dated: April 23, 2010