**GREENBAUM, ROWE, SMITH & DAVIS LLP**
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey 07095
(732) 549-5600
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISSA CANAVAN, LESLIE GOLDSMITH and JUDITH KALMAN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN HARBECK, ARMANDO J. BUCELO, JR., TODD S. FARHA, WILLIAM H. HEYMAN, WILLIAM S. JASIEN, DAVID G. NASON, MARK S. SHELTON and DAVID J. STOCKTON,<br><br>Defendants. | Civil Action No. 2:10-cv-0954-FHS-PS<br><br>**ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK FOR REFERRAL TO THE UNITED STATES BANKRUPTCY COURT** |

This matter having been opened to the Court by Greenbaum, Rowe, Smith & Davis LLP, attorneys for defendants, on their motion to transfer the case to the United States District Court for the Southern District of New York for referral to the United States Bankruptcy Court; on notice to all parties; and the Court having considered all papers submitted in connection with the motion; and for good cause shown;

IT IS on this _____ day of _____, 2010;

1203545.01

ORDERED that the case is hereby transferred to the United States District Court for the Southern District of New York for referral to the United States Bankruptcy Court; and it is further

ORDERED that the parties and the Clerk of the Court are authorized and directed to take all necessary actions to carry out the terms of this Order.

FAITH S. HOCHBERG, U.S.D.J.

1203545.01