**GREENBAUM, ROWE, SMITH & DAVIS LLP**
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey 07095
(732) 549-5600
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISSA CANAVAN, LESLIE GOLDSMITH and JUDITH KALMAN on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN HARBECK, ARMANDO J. BUCELO, JR., TODD S. FARHA, WILLIAM H. HEYMAN, WILLIAM S. JASIEN, DAVID G. NASON, MARK S. SHELTON and DAVID J. STOCKTON, <br><br> Defendants. | Civil Action No. 2:10-cv-0954-FHS-PS <br><br> **CERTIFICATION OF SERVICE** |

**ALAN S. NAAR**, being of full age, hereby certifies as follows:

1. I am an attorney-at-law of the State of New Jersey and a partner with the firm Greenbaum, Rowe, Smith & Davis LLP, counsel for Defendants. I am admitted to practice before this Court, and I make this Certification on my personal knowledge.

2. I hereby certify that on the date set forth below, I caused a true and correct copies of a Notice of Motion to Transfer Case to the United States District Court for the Southern District of New York for Referral to Bankruptcy Court, supporting Memorandum of Law,

1193581.01

Affidavit of Alan S. Naar, proposed form of Order, and the within Certification of Service, to be served upon all counsel of record via the Court's CM/ECF system.

I certify that the foregoing statements made by me are true. I understand that if any of the statements made by me are willfully false, I am subject to punishment.

_____
ALAN S. NAAR

DATED: April 23, 2010

2

1193581.01