UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/10

LISSA CANAVAN, et al.,

                    Plaintiffs,

        -v-                                              No. 10 Civ. 5200 (RJS)
                                                                ORDER
STEPHEN HARBECK, et al.,

                    Defendants.

RICHARD J. SULLIVAN, District Judge:

        This action has been transferred to this Court from the United States District Court for

the District of New Jersey and assigned to my docket.  Accordingly,

        IT IS HEREBY ORDERED that, no later than Friday, July 16, 2010, the parties shall

submit a *joint* letter, not to exceed ten (10) pages, providing, in separate paragraphs:

    (1)    A brief statement of the nature of the action and the principal defenses
            thereto;

    (2)    A brief explanation of why jurisdiction and venue lie in this court;

    (3)    A brief description of all outstanding motions and/or outstanding requests
            to file motions;

    (4)    A list of all existing deadlines and any upcoming conferences that were
            previously scheduled;

    (5)    A brief description of any discovery remaining, specifying that which is
            necessary for the parties to engage in meaningful settlement negotiations;

(6)    A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(7)    The estimated length of trial;

(8)    Any other information that you believe may assist this Court in resolving this action.

The joint letter shall be sent directly to the chambers' email address at sullivannysdchambers@nysd.uscourts.gov.

The Court will thereafter hold a status conference on July 23, 2010, at 2:30 p.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:    July 9, 2010
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

2