# EXHIBIT A
## Consultants' Payments

| Year | Amounts Paid by BLMIS | Amounts Reimbursed by Primex |
|---|---|---|
| 2000 | $456,636.10 | $0.00 |
| 2001 | $1,389,496.70 | $771,921.00 |
| 2002 | $1,449,721.70 | $704,586.00 |
| 2003 | $1,216,310.50 | $780,204.00 |
| 2004 | $1,129,495.50 | $0.00 |
| 2005 | $864,106.30 | $0.00 |
| 2006 | $864,976.10 | $0.00 |
| 2007 | $871,354.70 | $0.00 |
| 2008 | $199,604.50 | $0.00 |
| **Total** | **$8,441,702.10** | **$2,256,711.00** |

{10581331:1}