**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

RECEIVED & FILED

AUG - 3 2011

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

In re Stone Cast, Inc.,

    Debtor(s)

Stone Cast, Inc.,

    Plaintiff(s)

v.

Jeffery M. Brown Associates, Inc.,

    Defendant(s)

Case No. 11-10451-1-rel
Chapter 11

Adversary No. 11-90056-1-rel

### STIPULATION and ORDER on CONSENT

WHEREAS: Jeffrey M. Brown Associates, Inc. (hereinafter "Brown") and Stone Cast, Inc. (hereinafter "Debtor") were involved in a consolidated State Court action bearing index numbers 602603/06 and 108217/08, commenced prior to the Chapter 11 filing by Debtor; and

WHEREAS: Debtor removed the pending State Court action to the United States Bankruptcy Court, Northern District of New York, where its Chapter 11 case is pending; and

WHEREAS: Brown has raised certain objections to the removal to the Northern District;

NOW, therefore, the parties in consideration of mutual covenants, conditions and compromises set forth herein, hereby agree as follows:

1. The parties agree to accept jurisdiction of the United States Bankruptcy Court, Southern District of New York as the appropriate court and district for the removed case, and consent to entry of final orders and/or judgments by such court;

2. The parties waive other timeliness, venue or procedural objections to the removal of the case to the United States Bankruptcy Court, Southern District of New York;

3. The parties consent to the transfer of the matter to such court by the United States Bankruptcy Court, Northern District of New York;

4. The parties have discussed and considered the convenience of witnesses located in various parts of the State of New York and mutually request that the matter be heard in the White Plains division of the United States Bankruptcy Court, Southern District of New York, subject to the discretion of the Court;

5. The parties agree to confer in good faith to arrive at a mutually agreeable discovery schedule; and

6. By execution and submission of this Stipulation to the United States Bankruptcy Court, Northern District of New York, the parties accept and request transfer of the matter as above described.

DATED: Latham, New York
July 30, 2011

_____
Clifford Katz, Esq.
PLATZER, SWERGOLD,
KARLIN, LEVINE, GOLDBERG
& JASLOW, LLP
Attorneys for Plaintiff
JEFFREY M. BROWN
ASSOCIATES, INC.
1065 Avenue of the Americas
New York, New York 10018
Phone: (212) 593-3000

_____
Mark W. Couch
COUCH DALE MARSHALL P.C.
Attorneys for Debtor/Defendant
STONE CAST, INC.
29 British American Boulevard
Latham, New York 12110
Telephone: (518) 220-9577

SO ORDERED, this 3 day of AUG, 2011 at Albany, New York, and the clerk shall take all steps necessary to effect such transfer.

_____
Honorable Robert E. Littlefield
Chief Bankruptcy Judge
United States Bankruptcy Court
Northern District of New York