```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/7/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
WILLIAM TUCKER, :
:
                 Plaintiff, :    11 Civ. 8447 (PAE)
:
        -v- :    ORDER REFERRING
:    CASE TO BANKRUPTCY
BENJAMIN VALENTY et al., :    COURT
:
                 Defendants. :
:
------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

    Plaintiff William Tucker moves for an order referring this matter to the United States Bankruptcy Court for the Southern District of New York. Tucker seeks thereafter for the Bankruptcy Court to transfer this case to the United States Bankruptcy Court for the Central District of California, so that he may bring an adversary case against defendants Benjamin Valenty and Imaginart, LLC, both of whom have filed bankruptcy petitions in that Court.

    Plaintiff's application for an order of reference is GRANTED. The Clerk of Court is directed to refer this matter to the Bankruptcy Court for the Southern District of New York. Tucker bears responsibility for alerting the Bankruptcy Court to his still-pending application to transfer this case to California. The Clerk of Court is directed to terminate the motion at docket number 5.

                 SO ORDERED.

                                                                         Paul A. Engelmayer
                                                                         United States District Judge

Dated: May 7, 2012
       New York, New York