CLOSED, BKREF, ECF

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:11−cv−08447−PAE
### *Internal Use Only*

Tucker v. Valenty et al
Assigned to: Judge Paul A. Engelmayer
Cause: 28:1330 Breach of Contract

Date Filed: 11/21/2011
Date Terminated: 05/07/2012
Jury Demand: Plaintiff
Nature of Suit: 370 Fraud or Truth−In−Lending
Jurisdiction: Federal Question

**Plaintiff**

**William Tucker**     represented by **Anthony N Gaeta**
Levine DeSantis PC
5 Penn Plaza, 23rd Fl.
Millburn, NY 10001
(212)−835−1638
Fax: (973)−379−6898
Email: agaeta@levinedesantis.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Benjamin Valenty**

**Defendant**

**Imaginart Publishing**

**Defendant**

**Imaginart Publishing, LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2011 | 1 | COMPLAINT against Imaginart Publishing, Imaginart Publishing, LLC, Benjamin Valenty. (Filing Fee $ 350.00.)Document filed by William Tucker.(rdz) (rdz). (Entered: 11/28/2011) |
| 11/21/2011 | | SUMMONS ISSUED as to Imaginart Publishing, Imaginart Publishing, LLC, Benjamin Valenty. (rdz) (Entered: 11/28/2011) |
| 11/21/2011 | | Magistrate Judge James L. Cott is so designated. (rdz) (Entered: 11/28/2011) |
| 11/21/2011 | | Case Designated ECF. (rdz) (Entered: 11/28/2011) |
| 02/09/2012 | 2 | NOTICE of Removal of Lawsuit Pending in Federal Court to Bankruptcy Court. Document filed by William Tucker. (Gaeta, Anthony) (Entered: 02/09/2012) |
| 02/29/2012 | 3 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** FIRST MOTION to Change Venue *to Bankruptcy Court for the Central District of California*. Document filed by William Tucker. (Attachments: # 1 Affidavit Declaration in Support of Motion)(Gaeta, Anthony) Modified on 2/29/2012 (db). (Entered: 02/29/2012) |
| 02/29/2012 | | (Court only) ***Motion(s) terminated: 3 FIRST MOTION to Change Venue *to Bankruptcy Court for the Central District of California* filed by William Tucker. (db) (Entered: 02/29/2012) |

| | | |
|---|---|---|
| 02/29/2012 | | ***NOTE TO ATTORNEY TO RE−FILE DOCUMENT − DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Anthony N Gaeta to RE−FILE Document 3 FIRST MOTION to Change Venue *to Bankruptcy Court for the Central District of California*. ERROR(S): Supporting Documents are filed separately, each receiving their own document #. (db)** (Entered: 02/29/2012) |
| 03/01/2012 | 4 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION to Change Venue. Document filed by William Tucker. (Attachments: # 1 Supplement Memorandum of Law in Support of Motion to Change Venue, # 2 Affidavit Declaration in Support of Motion to Change Venue, # 3 Text of Proposed Order)(Gaeta, Anthony) Modified on 3/2/2012 (ldi). (Entered: 03/01/2012) |
| 03/01/2012 | | (Court only) ***Motion(s) terminated: 4 MOTION to Change Venue filed by William Tucker. (ldi) (Entered: 03/02/2012) |
| 03/01/2012 | | ***NOTE TO ATTORNEY TO RE−FILE DOCUMENT − DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Anthony N Gaeta to RE−FILE Document 4 MOTION to Change Venue. ERROR(S): Supporting documents must be filed separately, each receiving their own document number. Declaration in Support of Motion and Memorandum of Law in Support of Motion are both found under the event list Replies, Opposition and Supporting Documents. (ldi) (Entered: 03/02/2012) |
| 03/02/2012 | 5 | MOTION to Change Venue. Document filed by William Tucker.(Gaeta, Anthony) (Entered: 03/02/2012) |
| 03/02/2012 | 6 | MEMORANDUM OF LAW in Support re: 5 MOTION to Change Venue.. Document filed by William Tucker. (Gaeta, Anthony) (Entered: 03/02/2012) |
| 03/02/2012 | 7 | DECLARATION of Anthony N. Gaeta in Support re: 5 MOTION to Change Venue.. Document filed by William Tucker. (Gaeta, Anthony) (Entered: 03/02/2012) |
| 05/07/2012 | 8 | ORDER REFERRING CASE TO BANKRUPTCY COURT. Plaintiff's application for an order of reference is GRANTED. The Clerk of Court is directed to refer this matter to the Bankruptcy Court for the Southern District of New York. Tucker bears responsibility for alerting the Bankruptcy Court to his still−pending application to transfer this case to California. The Clerk of Court is directed to terminate the motion at docket number 5. (Signed by Judge Paul A. Engelmayer on 5/7/2012) (rjm) (Entered: 05/07/2012) |
| 05/07/2012 | | (Court only) ***Motion(s) terminated: 5 MOTION to Change Venue filed by William Tucker. (rjm) (Entered: 05/07/2012) |
| 05/07/2012 | | Transmission to the Case Openings Clerk. Transmitted re: 8 Order Referring Case to Bankruptcy Court to the Case Openings Clerk for case processing. (rjm) (Entered: 05/07/2012) |
| 05/07/2012 | | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States Bankruptcy Court − Southern District of New York on 5/11/2012. (rdz) (Entered: 05/11/2012) |