**LEVINE DESANTIS, P.C.**
5 Penn Plaza, 23rd Floor
New York, New York 10001
(212) 835-1648

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM TUCKER, | |
| Plaintiff, | Case No.: 11-civ-8447 (PAE) |
| | ECF CASE |
| vs. | |
| BENJAMIN VALENTY, | |
| IMAGINART PUBLISHING, | **DECLARATION OF** |
| IMAGINART PUBLISHING, LLC, | **ANTHONY N. GAETA** |
| Defendants. | |

In re

IMAGINART, LLC

(United States Bankruptcy Court,
Central District of California,
Case No. 8:11-bk-26785-ES)

I, Anthony N. Gaeta, declare that:

1. I am an attorney duly licensed to practice before all of the Courts in the State of New York and am an associate at Levine Desantis, P.C., attorneys of record for Plaintiff, Dr. William Tucker, in the above-entitled matter. If called as a witness, I could and would competently testify to the facts set forth below as I know each to be true based upon my own

personal knowledge or upon my review of the records and files maintained by my firm in the regular course of its representation of Plaintiff.

2.      I submit this declaration in support of Plaintiff's Motion to Transfer Venue of this action to the United States Bankruptcy Court for the Central District of California to be heard in connection with the Imaginart, LLC Chapter 11 proceeding now pending in that Court as Case No. 8:11-bk-26785-ES.

3.      On November 21, 2011, my office filed a Complaint ("Federal Court Action") in the United States District Court for the Southern District of New York located at 500 Pearl St. New York, NY 10007-1312, on behalf of Plaintiff, Dr. William Tucker, against Defendants Benjamin Valenty, Imaginart Publishing, and Imaginart, L.L.C. ("Debtors").

4.      In to the Federal Court Action, Plaintiff asserts various claims against the Debtors, including fraud, breach of contract, conversion, rescission, and consumer fraud. The claims in the Complaint are based upon Debtors' sale of fraudulently misrepresented and inauthentic artwork, and art-related investments. Plaintiff also alleges that the Debtors are in possession of large quantities of artwork purchased and paid for by Plaintiff which are believed to be a major asset of the Debtors' estates. Plaintiff further seeks to recover damages to be collected from the estate for Debtors' fraud, breach of contract and conversion.

5.      I have reviewed Imaginart, LLC's bankruptcy petition filed on December 7, 2011, and I know that Imaginart, LLC filed a voluntary petition for relief in the United States Bankruptcy Court for the Central District of California, Santa Ana Division, under Chapter 11 of the United States Bankruptcy Code, which is currently pending as Case No. 8:11-bk-26785-ES ("Imaginart Bankruptcy").

6.     I have also reviewed Benjamin Valenty's ("Valenty") bankruptcy petition filed on December 12, 2011, and I know that Valenty filed a voluntary petition for relief in the United States Bankruptcy Court for the Central District of California, Riverside Division, under Chapter 7 of the United States Bankruptcy Code, which is currently pending as Case No. 6:11-bk-47321-SC ("Valenty Bankruptcy").

7.     Attached hereto as Exhibit "A" is a true and correct copy I obtained of Imaginart's *Voluntary Petition* filed in the Imaginart Bankruptcy.

8.     Attached hereto as Exhibit "B" is a true and correct copy I obtained of Imaginart's *List of Creditors Holding 20 largest Unsecure Claims* filed in the Imaginart Bankruptcy.

9.     Attached hereto as Exhibit "C" is a true and correct copy I obtained of Imaginart's *List of Equity Security Holders* filed in the Imaginart Bankruptcy.

10.     Attached hereto as Exhibit "D" is a true and correct copy I obtained of Imaginart's *Schedule B - Personal Property* filed in the Imaginart Bankruptcy.

11.     Attached hereto as Exhibit "E" is a true and correct copy I obtained of Imaginart's *Schedule D - Creditors Holding Secured Claims* filed in the Imaginart Bankruptcy.

12.     Attached hereto as Exhibit "F" is a true and correct copy I obtained of Imaginart's *Schedule E - Creditors Holding Unsecured Priority Claims* filed in the Imaginart Bankruptcy.

13.     Attached hereto as Exhibit "G" is a true and correct copy I obtained of Imaginart's *Schedule F - Creditors Holding Unsecured Nonpriority Claims* filed in the Imaginart Bankruptcy.

14.     Attached hereto as Exhibit "H" is a true and correct copy I obtained of Imaginart's *Venue Disclosure Form for Corporations Filing Chapter 11* filed in the Imaginart Bankruptcy.

15. Attached hereto as Exhibit "I" is a true and correct copy I obtained of Valenty's *Voluntary Petition* filed in the Valenty Bankruptcy.

16. Attached hereto as Exhibit "J" is a true and correct copy I obtained of Valenty's *Schedule B - Personal Property* filed in the Valenty Bankruptcy.

17. Attached hereto as Exhibit "K" is a true and correct copy I obtained of Valenty's *Schedule D - Creditors Holding Secured Claims* filed in the Valenty Bankruptcy.

18. Attached hereto as Exhibit "L" is a true and correct copy I obtained of Valenty's *Schedule E - Creditors Holding Unsecured Priority Claims* filed in the Valenty Bankruptcy.

19. Attached hereto as Exhibit "M" is a true and correct copy I obtained of portions of Valenty's *Schedule F - Creditor's Holding Unsecured Nonpriority Claims*. Because this schedule spans 123 pages, and consists largely of creditors from a 1991 bankruptcy listed for notice and disclosure, Exhibit "M" includes only those pages of this schedule referencing active creditor claims.

20. The interests of justice and the convenience of the parties and witnesses will be served by transferring this action to the United States Bankruptcy Court of the Central District of California for the following reasons:

(a) Both Imaginart and Valenty, who are defendants in the Federal Court Action, have chosen California as their desired forum by initiating voluntary bankruptcy proceedings in the Central District;

(b) Both Imaginart and Valenty are located in California;

(c) All known Imaginart employees, owners, and those with financial responsibility for the company are located in California;

- 4 -

(d)     Imaginart is a Debtor-in-Possession and all of its scheduled assets are located in California; and

(e)     The majority of the value of scheduled creditor claims belongs to creditors located in California.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct and that this declaration was executed on this 28th day of February

2012, at New York, New York.

ANTHONY N. GAETA

# EXHIBIT "A"

B1 (Official Form 1) (12/11)

**United States Bankruptcy Court**

**CENTRAL** DISTRICT OF **CALIFORNIA**

Voluntary Petition

| Name of Debtor  (if Individual, enter Last, First, Middle):<br>**Imaginart, LLC,**<br>**a Nevada limited liability company** | Name of Joint Debtor  (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**aka Imaginart Publishing, dba Elite Art Events** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  **35-2317506** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor  (No. & Street, City, and State):<br>**26439 Ranch Pkwy. South**<br>**Suite 105**<br>**Lake Forest, CA** | ZIPCODE<br>**92630** | Street Address of Joint Debtor  (No. & Street, City, and State) | ZIPCODE |
|---|---|---|---|
| County of Residence or of the<br>Principal Place of Business:    **Orange** | | County of Residence or of the<br>Principal Place of Business: | |
| Mailing Address of Debtor  (if different from street address)<br>**8184 Tender Way**<br>**Corona, CA** | ZIPCODE<br>**92883** | Mailing Address of Joint Debtor  (if different from street address) | ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above)    **SAME** | | | ZIPCODE |

| Type of Debtor  (Form of organization)<br>(Check one  box.)<br><br>☐ Individual (Includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (if debtor is not one of the above<br>entities, check this box and state type of<br>entity below | Nature of Business<br>(Check one  box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | Chapter of Bankruptcy Code Under Which the Petition is Filed<br>(Check one box)<br><br>☐ Chapter 7        ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9              of a Foreign Main Proceeding<br>☒ Chapter 11<br>☐ Chapter 12      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13            of a Foreign Nonmain Proceeding<br><br>                Nature of Debts   (Check one box)<br>☐ Debts are primarily consumer debts, defined    ☒ Debts are primarily<br>in 11 U.S.C. § 101(8) as "incurred by an          business debts.<br>individual primarily for a personal, family,<br>or household purpose" |
|---|---|---|

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by,<br>regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Chapter 11 Debtors**<br>Check one box:<br>☒ Debtor is a small business as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). |
|---|---|---|

| Filing Fee  (Check one box)<br><br>☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check if:<br>☒ Debtor's aggregate noncontingent liquidated debts (excluding debts<br>owed to insiders or affiliates) are less than $2,190,000 .<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

**Estimated Number of Creditors**

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

**Estimated Assets**

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1) (12/11)                                                                                                          FORM B1, Page  2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Imaginart, LLC,** **a Nevada limited liability company** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☒ Exhibit A is attached and made a part of this petition | X                                                              **12/6/2011** |
| | Signature of Attorney for Debtor(s)                                        Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and exhibit C is attached and made a part of this petition.
☒   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification, (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)                                   FORM B1, Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Imaginart, LLC, <br> a Nevada limited liability company |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Debtor

X_____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X /s/ Michael G. Spector
Signature of Attorney for Debtor(s)

Michael G. Spector 145035
Printed Name of Attorney for Debtor(s)

Law Offices Of Michael G. Spector
Firm Name

2677 N. Main St., Suite 800
Address

Santa Ana, CA  92705

714-835-3130
Telephone Number

12/ 6/2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Ernest Lewis
Signature of Authorized Individual

Ernest Lewis
Printed Name of Authorized Individual

Managing Member
Title of Authorized Individual

12/ 6/2011
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

EXHIBIT "B"

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

In re *Imaginart, LLC*
    *a Nevada limited liability company*
      *aka Imaginart Publishing*
      *dba Elite Art Events*

Case No.

Chapter *11*

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>*Kifer, Terrie*<br>*c/o Hornbarger & Brewer*<br>*444 S. Flower St., #3010*<br>*Los Angeles CA 90071-2901* | Phone: *213-488-1655*<br>*Kifer, Terrie*<br>*c/o Hornbarger & Brewer*<br>*444 S. Flower St., #3010*<br>*Los Angeles CA 90071-2901* | *Lawsuit* | U<br>D | *$ 85,000.00* |
| 2<br>*Sexton, Joyce*<br>*c/o Hornbarger & Brewer*<br>*444 S. Flower St., #3010*<br>*Los Angeles CA 90071-2901* | Phone: *213-488-1655*<br>*Sexton, Joyce*<br>*c/o Hornbarger & Brewer*<br>*444 S. Flower St., #3010*<br>*Los Angeles CA 90071-2901* | *Lawsuit* | U<br>D | *$ 85,000.00* |
| 3<br>*Lowe Law*<br>*11400 Olympic Blvd., #640*<br>*Los Angeles CA 90064* | Phone: *310-477-5811*<br>*Lowe Law*<br>*11400 Olympic Blvd., #640*<br>*Los Angeles CA 90064* | *Attorney fees* | D | *$ 75,000.00* |
| 4<br>*McKaram & Associates*<br>*11601 Wilshire Blvd., #2440*<br>*Los Angeles CA 90025-1760* | Phone: *310-213-0299*<br>*McKaram & Associates*<br>*11601 Wilshire Blvd., #2440*<br>*Los Angeles CA 90025-1760* | *Attorney fees* | D | *$ 75,000.00* |
| 5<br>*Prenovost & Normandin*<br>*2122 N. Broadway, #200*<br>*Santa Ana CA 92706* | Phone: *714-547-2444*<br>*Prenovost & Normandin*<br>*2122 N. Broadway, #200*<br>*Santa Ana CA 92706* | *Attorney fees* | | *$ 55,000.00* |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (if Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Ritz Carlton - Laguna Niguel<br>P. O. Box 402642<br>Atlanta GA  30384-2642 | Phone:  949-240-2000<br>Ritz Carlton - Laguna Niguel<br>P. O. Box 402642<br>Atlanta GA  30384-2642 | Vendor | | $ 50,456.74 |
| 7<br>NBC News Networks<br>Attn: Bill Schneider<br>100 Universal City Plaza<br>North Hollywood CA  91602 | Phone:<br>NBC News Networks<br>Attn: Bill Schneider<br>100 Universal City Plaza<br>North Hollywood CA  91602 | Advertising | | $ 43,173.00 |
| 8<br>Plyley, Donald<br>12000 Philadelphia St.<br>Mira Loma CA  91752 | Phone:  909-744-7476<br>Plyley, Donald<br>12000 Philndelphia St.<br>Mira Loma CA  91752 | Non-delivery of product | | $ 40,000.00 |
| 9<br>Atlantis Resort<br>c/o Kerzner Int'l. Resorts<br>1000 So. Pine Island Road<br>Fort Lauderdale FL  33324 | Phone:  954-809-2000<br>Atlantis Resort<br>c/o Kerzner Int'l. Resorts<br>1000 So. Pine Island Rd.<br>Fort Lauderdale FL  33324 | Vendor | | $ 40,000.00 |
| 10<br>CNBC<br>Room 5156E-3<br>30 Rockefeller Plaza<br>New York NY  10112 | Phone:  818-777-4620<br>CNBC<br>Room 5156E-3<br>30 Rockefeller Plaza<br>New York NY  10112 | Advertising | | $ 35,000.00 |
| 11<br>Shernosky, Robert<br>7283 Eagle Mills Rd.<br>Willoughby OH  44094 | Phone:  440-256-9916<br>Shernosky, Robert<br>7283 Eagle Mills Rd.<br>Willoughby OH  44094 | Non-delivery of product | | $ 30,000.00 |
| 12<br>McGivern, Gilliard & Curthoys<br>4101 Perimeter Ctr. Dr., #355<br>Oklahoma City OK  73112-2303 | Phone:  918-584-3391<br>McGivern, Gilliard & Curthoys<br>4101 Perimeter Ctr. Dr., #355<br>Oklahoma City OK  73112-2303 | Attorney fees | | $ 29,907.00 |
| 13<br>Trump International Beach<br>18001 Collins Ave.<br>North Miami Beach FL  33160 | Phone:  305-692-5620<br>Trump International Beach<br>18001 Collins Ave.<br>North Miami Beach FL  33160 | Vendor | | $ 28,000.00 |

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (if Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>Pancal Bake Phase Two<br>4678 World Pkwy.<br>Saint Louis MO 63134 | Phone: 949-955-2131<br>Pancal Bake Phase Two<br>4678 World Pkwy.<br>Saint Louis MO 63134 | Unpaid Rent | | $ 18,584.72 |
| 15<br>Greenburg, Arana<br>528 E. Avenida San Juan<br>San Clemente CA 92672-2330 | Phone: 714-296-3716<br>Greenburg, Arana<br>528 E. Avenida San Juan<br>San Clemente CA 92672-2330 | Non-delivery of product | | $ 17,500.00 |
| 16<br>Chase Card Member Service<br>P. O. Box 94014<br>Palatine IL 60094-4014 | Phone:<br>Chase Card Member Service<br>P. O. Box 94014<br>Palatine IL 60094-4014 | Credit Card Purchases | | $ 16,355.57 |
| 17<br>Ritz Carlton - Las Vegas<br>1610 Lake Las Vegas Pkwy.<br>Henderson NV 89011 | Phone:<br>Ritz Carlton - Las Vegas<br>1610 Lake Las Vegas Pkwy.<br>Henderson NV 89011 | Vendor | | $ 12,000.00 |
| 18<br>Victoria Diego Fine Art<br>1940 NE 1632 St.<br>Miami FL 33162 | Phone: 786-346-9499.<br>Victoria Diego Fine Art<br>1940 NE 1632 St.<br>Miami FL 33162 | Vendor | | $ 10,850.00 |
| 19<br>UPS Services<br>P. O. Box 894820<br>Los Angeles CA 90189-4820 | Phone:<br>UPS Services<br>P. O. Box 894820<br>Los Angeles CA 90189-4820 | Shipping Fees | | $ 8,739.49 |
| 20<br>Meyers & Welch<br>70 Washington St., #402<br>Salem MA 01970 | Phone: 978-745-4410<br>Meyers & Welch<br>70 Washington St., #402<br>Salem MA 01970 | Attorney fees | | $ 7,188.77 |

95-88888-sgm11 Doc 8:47 Filed 05/14/12 Entered 05/14/12 16:09:34 15 Doc 7 Pg

B4 (Official Form 4)(P3807 8:11-bk-26785-ES   Doc 1   Filed 12/07/11   Entered 12/07/11 14:11:15   Desc
Main Document     Page 10 of 24

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, **Ernest Lewis**_____, **Managing Member**_____ of the **Corporation**_____ named
as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that
they are true and correct to the best of my knowledge, information and belief.

Date: **12/6/2011**_____          Signature **/s/ Ernest Lewis**_____
                                   Name:  **Ernest Lewis**
                                   Title: **Managing Member**

# EXHIBIT "C"

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

In re *Imaginart, LLC,*
   *a Nevada limited liability company*
   *aka Imaginart Publishing*
   *dba Elite Art Events*

Case No.
Chapter **11**

_____ / Debtor

Attorney for Debtor: *Michael G. Spector*

## LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|---|---|---|---|
| 1 | Ben Valenty 8184 Tender Way Corona CA 92883 | 0.500 | percentage of membership interest |
| 2 | Ernest Lewis 8184 Tender Way Corona CA 92883 | 0.500 | Percentage of membership interest |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, _Ernest Lewis_____, _Managing Member_____ of the _corporation_____ named as

debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that they are true and correct to the best of my knowledge, information and belief.

Date: _12/ 6/2011_____

Signature: _/s/ Ernest Lewis_____

Name: *Ernest Lewis*

Title: *Managing Member*

# EXHIBIT "D"

In re **Imaginart, LLC**
                          Debtor(s)

Case No. **8:11-bk-26785-ES**
(if known)

## SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet property identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, In Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | x | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Business checking - Bank of America* *Location: Foothill Ranch, CA* | | $ 600.00 |
| | | *Business Checking - Chase* *Location: Foothill Ranch, CA* | | $ 5,566.18 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | *Security deposit with Pancal Bake Phase Two* *Location: Newport Beach, CA* | | $ 5,000.00 |
| | | *Security deposit with Telepacific Communications* *Location: Los Angeles, CA* | | $ 1,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | x | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | x | | | |
| 6. Wearing apparel. | x | | | |
| 7. Furs and jewelry. | x | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | x | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10. Annuities. Itemize and name each issuer. | x | | | |

Page __1__ of __3__

In re <u>Imaginart, LLC</u>

Debtor(s)

Case No. <u>8:11-bk-26785-ES</u>
(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Value of Debtor's Interest, In Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Marquee 15, LLC<br>Location: In debtor's possession | | Unknown |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | FineArtRegistry.com defamation claim<br>Location: In debtor's possession | | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Customer list<br>Location: In debtor's possession | | Unknown |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |

95-88868-cgm 11 Doc 8-47 Filed 05/14/12 Entered 05/14/12 16:09:34 Doc 7 Pg 22 of 71

B6B (Official Form 6B) (12/07) Case 8:11-bk-26785-ES   Doc 15   Filed 12/21/11   Entered 12/21/11 17:07:26   Desc
Main Document     Page 6 of 31

In re  _Imaginart, LLC_           Case No. _8:11-bk-26785-ES_
          Debtor(s)                                           (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | _Office equipment (desks, computers, printers, filing cabinets, and phones)_ _Location: In debtor's possession_ | | $ 2,500.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | _Framing equipment_ _Location: In debtor's possession_ | | $ 2,000.00 |
| 30. Inventory. | | _Approximately 35 serigraphs and lithographs_ _(List To Be Provided As Well As Value)_ _Location: In debtor's possession_ | | Unknown |
| | | _Framing inventory_ _Location: In debtor's possession_ | | $ 200.00 |
| 31. Animals. | X | | | |
| 32. Crops – growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | _James Gill (estimated unreimbursed costs and expenses)_ _Location: In debtor's possession_ | | $ 75,000.00 |

Page _3_ of _3_                                          Total  ➤      $ 91,866.18

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

# EXHIBIT "E"

B6D (Official Form 6D) (12/07)

In re <u>Imaginart, LLC</u>                                                  Case No. <u>8:11-bk-26785-ES</u>
           **Debtor(s)**                                                                      (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: **3627** <br><br> **Creditor # : 1** <br> **Dell Financial** <br> **Payment Processing Center** <br> **P. O. Box 5275** <br> **Carol Stream IL 60197** | | **Loan on Computer Equipment** <br> **Office equipment** <br><br><br> Value: **$ 2,500.00** | | | | $ 1,752.00 | $ 0.00 |
| Account No: | | <br><br><br><br> Value: | | | | | |
| Account No: | | <br><br><br><br> Value: | | | | | |

No continuation sheets attached

Subtotal $ (Total of this page) | $ 1,752.00 | $ 0.00

Total $ (Use only on last page) | $ 1,752.00 | $ 0.00

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

# EXHIBIT "F"

In re _Imaginart, LLC_ _____,    Case No. _8:11-bk-26785-ES_

<center>Debtor(s)</center>    <div align="right">(If known)</div>

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<center>_1_    **continuation sheets attached**</center>

In re _Imaginart, LLC_ _____ ,   Case No. _8:11-bk-26785-ES_
             **Debtor(s)**   (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:   _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No:  Creditor # : 1  Employment Development Dept.  Bankruptcy Group MIC 92E  P. O. Box 826880  Sacramento CA 94280-0001 | | Notice Only | | | | $ 0.00 | $ 0.00 | $ 0.00 |
| Account No:  Creditor # : 2  Franchise Tax Board  Bankruptcy Section, MS: A-340  P. O. Box 2952  Sacramento CA 95812-2952 | | Notice Only | | | | $ 0.00 | $ 0.00 | $ 0.00 |
| Account No:  Creditor # : 3  Internal Revenue Service  P. O. Box 7346  Philadelphia PA 19101-7346 | | 2006 - 2011  Payroll taxes | | | X | $ 16,669.23 | $ 16,669.23 | $ 0.00 |
| Account No:  Creditor # : 4  Internal Revenue Service  P. O. Box 7346  Philadelphia PA 19101-7346 | | 2006  Federal income taxes | | | | $ 10,441.72 | $ 10,441.72 | $ 0.00 |
| Account No:  Creditor # : 5  State Board of Equalization  P. O. Box 942879  Sacramento CA 94279-0001 | | 2007 - 2011  Sales and Use Taxes | | | | $ 32,000.00 | $ 32,000.00 | $ 0.00 |
| Account No: | | | | | | | | |

Sheet No. _1_ of _1_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | Subtotal $ (Total of this page) | 59,110.95 | 59,110.95 | 0.00 |
|---|---|---|---|---|
| (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | Total $ | 59,110.95 | | |
| (Use only on last page of the completed Schedule E, if applicable, report also on the Statistical Summary of Certain Liabilities and | Total $ | | 59,110.95 | 0.00 |

# EXHIBIT "G"

B6F (Official Form 6F) (12/07)

In re __Imaginart, LLC__                  ,          Case No. __8:11-bk-26785-ES__
               **Debtor(s)**    .                                       (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1 <br> All Around Financial <br> 5692 Lynnhrook Plaza <br> Yorba Linda CA 92886 | | Bookkeeping | | | | $ 5,000.00 |
| Account No: <br> Creditor # : 2 <br> Atlantis Resort <br> c/o Kerzner Int'l. Resorts <br> 1000 So. Pine Island Road <br> Fort Lauderdale FL 33324 | | Vendor | | | | $ 40,000.00 |
| Account No: <br> Creditor # : 3 <br> Bilzin Sumberg Baena Price & <br> Axelrod, LLP <br> 200 S. Biscayne Blvd., #2500 <br> Miami FL 33131-5340 | | Attorney fees | | | | $ 243.32 |
| Account No:   2813 <br> Creditor # : 4 <br> Chase Card Member Service <br> P. O. Box 94014 <br> Palatine IL 60094-4014 | | Credit Card Purchases | | | | $ 16,355.57 |

    __5__ continuation sheets attached                               Subtotal $      $ 61,598.89

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related)

B6F (Official Form 6F) (12/07) - Cont.

In re __Imaginart, LLC__ _____,
Debtor(s)

Case No. __8:11-bk-26785-ES__
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 5<br>CNBC<br>Room 5156E-3<br>30 Rockefeller Plaza<br>New York NY 10112 | | Advertising | | | | $ 35,000.00 |
| Account No:<br>Creditor # : 6<br>Greenburg, Arana<br>528 E. Avenida San Juan<br>San Clemente CA 92672-2330 | | Non-delivery of product | | | | $ 17,500.00 |
| Account No:<br>Creditor # : 7<br>Kifer, Terrie<br>c/o Hornberger & Brewer<br>444 S. Flower St., #3010<br>Los Angeles CA 90071-2901 | X | Lawsuit | | X | X | $ 85,000.00 |
| Account No:<br>Creditor # : 8<br>Love Law<br>11400 Olympic Blvd., #640<br>Los Angeles CA 90064 | | Attorney fees | | | X | $ 75,000.00 |
| Account No:<br>Creditor # : 9<br>McGivern, Gilliard & Curthoys<br>4101 Perimeter Ctr. Dr., #355<br>Oklahoma City OK 73112-2303 | | Attorney fees | | | | $ 29,907.00 |
| Account No:<br>Creditor # : 10<br>McKaren & Associates<br>11601 Wilshire Blvd., #2440<br>Los Angeles CA 90025-1760 | | Attorney fees | | | X | $ 75,000.00 |

Sheet No. __1__ of __5__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 317,407.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re __Imaginart, LLC_____,   Case No. _8:11-bk-26785-ES_
                    Debtor(s)                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** <br> Creditor # : 11 <br> Meyers & Welch <br> 70 Washington St., #402 <br> Salem MA 01970 | | | Attorney fees | | | | $ 7,188.77 |
| **Account No:** <br> Creditor # : 12 <br> NBC News Networks <br> Attn: Bill Schneider <br> 100 Universal City Plaza Bldg. <br> North Hollywood CA 91602 | | | Advertising | | | | $ 43,173.00 |
| **Account No:** <br> Creditor # : 13 <br> Nechita Art, LLC <br> c/o Peter R. Afrasiabi, Esq. <br> 4000 MacArthur Blvd., #1100 <br> Newport Beach CA 92660 | X | | Lawsuit | X | X | X | Unknown |
| **Account No:** <br> Creditor # : 14 <br> Pancal Bake Phase Two <br> 4678 World Pkwy. <br> Saint Louis MO 63134 | X | | Unpaid Rent | | | | $ 18,584.72 |
| **Account No:** <br> Representing: <br> Pancal Bake Phase Two | | | CBRE <br> 5000 Birch St. <br> Newport Beach CA 92660 | | | | |
| **Account No:** <br> Creditor # : 15 <br> Plyley, Donald <br> 12000 Philadelphia St. <br> Mira Loma CA 91752 | | | Non-delivery of product | | | | $ 40,000.00 |

Sheet No. __2__ of ___5__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 108,946.49

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Imaginart, LLC_ _____,    Case No. _8:11-bk-26785-ES_
            **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:**<br>Creditor # : 16<br>Prenovost & Normandin<br>2122 N. Broadway, #200<br>Santa Ana CA 92706 | | | Attorney fees | | | | $ 55,000.00 |
| **Account No:**<br>Creditor # : 17<br>Ritz Carlton - Laguna Niguel<br>P. O. Box 402642<br>Atlanta GA 30384-2642 | | | Vendor | | | | $ 50,456.74 |
| **Account No:**<br>Creditor # : 18<br>Ritz Carlton - Las Vegas<br>1610 Lake Las Vegas Pkwy.<br>Henderson NV 89011 | | | Vendor | | | | $ 12,000.00 |
| **Account No:**<br>Creditor # : 19<br>Roy, CPA, Ron<br>P. O. Box 4695<br>Laguna Beach CA 92652 | | | Accounting Services | | | | $ 5,000.00 |
| **Account No:**<br>Creditor # : 20<br>Sexton, Joyce<br>c/o Hornberger & Brewer<br>444 S. Flower St., #3010<br>Los Angeles CA 90071-2901 | X | | Lawsuit | | X | X | $ 85,000.00 |
| **Account No:**<br>Creditor # : 21<br>Shernosky, Robert<br>7283 Eagle Mills Rd.<br>Willoughby OH 44094 | | | Non-delivery of product | | | | $ 30,000.00 |

Sheet No. __3__ of __5__ continuation sheets attached to Schedule of                    Subtotal $          $ 237,456.74
Creditors Holding Unsecured Nonpriority Claims                                                Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re __Imaginart, LLC_____,  Case No. _8:11-bk-26785-ES___
            **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 22<br>TelePacific Communications<br>P. O. Box 526015<br>Sacramento CA 95852 | | | Telephone Service | | | | $ 903.44 |
| Account No:<br>Creditor # : 23<br>The Hartford<br>P. O. Box 2907<br>Hartford CT 06104 | | | Liability Insurance | | | | $ 2,217.91 |
| Account No:<br>Creditor # : 24<br>The Hartford<br>P. O. Box 2907<br>Hartford CT 06104 | | | Worker's Comp. Insurance | | | | $ 3,667.66 |
| Account No:<br>Creditor # : 25<br>The Pacific Triangle Group<br>dba Craters & Freighters<br>2491 Du Bridge<br>Irvine CA 92606 | x | | Lawsuit | x | x | x | $ 6,000.00 |
| Account No:<br>Creditor # : 26<br>Trump International Beach<br>18001 Collins Ave.<br>North Miami Beach FL 33160 | | | Vendor | | | | $ 28,000.00 |
| Account No:<br>Creditor # : 27<br>UBMI Princeton, Inc.<br>212 Carnegie Center, Ste. 203<br>Princeton NJ 08540 | | | Vendor | | | | $ 3,858.00 |

Sheet No. _4_ of _5_ continuation sheets attached to Schedule of          Subtotal $       $ 44,647.01
Creditors Holding Unsecured Nonpriority Claims                              Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re **Imaginart, LLC** _____,    Case No. **8:11-bk-26785-ES**
                     **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 28**<br>**Universal Aquiati**<br>**21139 Centre Pointe Pkwy.**<br>**Santa Clarita CA 91350** | | | Vendor | | | | $ 5,000.00 |
| Account No:<br>**Creditor # : 29**<br>**UPS Services**<br>**P. O. Box 894820**<br>**Los Angeles CA 90189-4820** | | | Shipping Fees | | | | $ 8,739.49 |
| Account No:<br>**Creditor # : 30**<br>**UPS Supply Chain Solution**<br>**28013 Network Place**<br>**Chicago IL 60673** | | | Shipping Costs | | | | $ 385.43 |
| Account No:<br>**Creditor # : 31**<br>**Victoria Diego Fino Art**<br>**1940 NE 1632 St.**<br>**Miami FL 33162** | . | | Vendor | | | | $ 10,850.00 |
| Account No:  X<br>**Creditor # : 32**<br>**Wells, Brian**<br>**c/o Ashbaugh Beal, LLP**<br>**701 Fifth Ave., Ste. 4400**<br>**Seattle WA 98104** | X | | Lawsuit | X | X | X | Unknown |
| Account No: | | | | | | | |

Sheet No. __5__ of ____5__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 24,974.92

Total $ | $ 795,031.05

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

# EXHIBIT "H"

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)*<br><br>Michael G. Spector<br>Law Offices Of Michael G. Spector<br>2677 N. Main St., Suite 800      Santa Ana , CA 92705<br>Phone: 714-835-3130<br>FAX: 714-558-7435<br>California State Bar Number: 145035 | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: Imaginart, LLC, a Nevada limited liability company<br>aka Imaginart Publishing<br>dba Elite Art Events<br><br><div align="right">Debtor</div> | CHAPTER 11<br><br>CASE NUMBER:<br><br><div align="center">(No Hearing Required)</div> |

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### (Required by General Order 97-02)

*Attach additional sheets as necessary and indicate so in each section*

1. Specify the address of the principal office of the Debtor currently on file with the California Secretary of State *(from Form S0100, S0200, or S0300)*:
   26439 Rancho Pkwy So., #105, Lake Forest, CA 92630

2. Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:
   26439 Rancho Pkwy So., #105, Lake Forest, CA 92630

3. Disclose the current business address(es) for all corporate officers:
   26439 Rancho Pkwy So., #105, Lake Forest, CA 92630

4. Disclose the current business address(es) where the Debtor's books and records are located:
   26439 Rancho Pkwy So., #105, Lake Forest, CA 92630

Venue Disclosure Form for Corporations Filing Chapter 11 - *Page 2*

**VEN-C**

| In re: | Imaginart, LLC, a Nevada limited liability company aka Imaginart Publishing | | CHAPTER 11 |
|---|---|---|---|
| | dba Elite Art Events | Debtor. | **CASE NUMBER** |

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

26439 Rancho Pkwy So., #105, Lake Forest, CA 92630

6. Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

7. State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (*specify*):

Ernest Lewis
8184 Tender Way, Corona, CA 92883
Managing Member

8. Total number of attached pages of supporting documentation: _____

9. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the ___6th___ day of _____December_____ , 20_11_ , at _____Santa Ana_____ , California.

Ernest Lewis
_____
*Type Name of Officer*

/s/ Ernest Lewis
_____
Imaginart, LLC

Managing Member
_____
*Position or Title of Officer*

*Rev. 12/99* This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**VEN-C**

# EXHIBIT "I"

B1 (Official Form 1) (12/11)

# United States Bankruptcy Court
## Central District of California

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Valenty, Benjamin Paul** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **See Schedule Attached** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **7571** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): **7697 Lady Banks Loop Corona, CA** ZIPCODE **92883** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): ZIPCODE |
| County of Residence or of the Principal Place of Business: **Riverside** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIPCODE | Mailing Address of Joint Debtor (if different from street address): ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): ZIPCODE | |

### Type of Debtor
(Form of Organization)
(Check one box.)

☑ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Chapter 15 Debtor
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Nature of Business
(Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

### Tax-Exempt Entity
(Check box, if applicable.)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box.)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

### Filing Fee (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

**Check all applicable boxes:**
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

#### Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☑ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

#### Estimated Assets

| ☑ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

#### Estimated Liabilities

| ☐ $0 to $50,000 | ☑ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Valenty, Benjamin Paul** | |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**Imaginart, LLC, A Nevada Limited Liability Company** | Case Number:<br>**8:11-Bk-26785 ES** | Date Filed:<br>**12/7/2011** |
| District:<br>**Central - Santa Ana Division** | Relationship:<br>**Debtor Holds 50% Interest** | Judge:<br>**ES** |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)                                      Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord or lessor that obtained judgment)<br><br>_____<br>(Address of landlord or lessor)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Valenty, Benjamin Paul** |
|---|---|

<div align="center">

**Signatures**

</div>

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X **/s/ Benjamin Valenty** <br> Signature of Debtor　　　　　　　**Benjamin Valenty** <br> X _____ <br> Signature of Joint Debtor <br><br> Telephone Number (If not represented by attorney) <br> **December 12, 2011** <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br> (Check only one box.) <br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> Signature of Foreign Representative <br><br> _____ <br> Printed Name of Foreign Representative <br><br> _____ <br> Date |
| **Signature of Attorney*** <br><br> X **/s/ David M. Goodrich** <br> Signature of Attorney for Debtor(s) <br><br> **David M. Goodrich 208675** <br> **Goodrich Law Corporation** <br> **Attn: David M Goodrich** <br> **870 Roosevelt Ave.** <br> **Irvine, CA 92679-3744** <br> **(949) 709-2662 Fax: (949) 340-9746** <br> **dgoodrich@goodlawcorp.com** <br><br><br> **December 12, 2011** <br> Date <br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Petition Preparer** <br> I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> Printed Name and title, If any, of Bankruptcy Petition Preparer <br><br> Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> Address <br><br> X _____ <br> Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. <br><br> Date <br><br> Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** <br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Authorized Individual <br><br> _____ <br> Printed Name of Authorized Individual <br><br> _____ <br> Title of Authorized Individual <br><br> _____ <br> Date | |

IN RE <u>Valenty, Benjamin Paul</u>                                               Case No. _____

Debtor(s)

## VOLUNTARY PETITION
### Continuation Sheet - Page 1 of 1

All Other Names used by the Debtor in the last 8 years:

Benjamin P. Valenty
Ben Valenty
Ben Valenti
Benjamin Valenti
dba The National

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# EXHIBIT "J"

B6B (Official Form 6B) (12/07)

IN RE <u>Valenty, Benjamin Paul</u>                                                                          Case No. _____
                            Debtor(s)                                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash**<br>7697 Lady Banks Loop<br>Corona, CA 92883 | | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **JP Morgan Chase<br>Checking Account**<br>26791 Portola Pkwy.<br>Foothill Ranch, CA 92610 | | 950.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Household goods and furnishings**<br>7697 Lady Banks Loop<br>Corona, CA 92883 | | 2,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, pictures, art objects, collectibles**<br>7697 Lady Banks Loop<br>Corona, CA 92883 | | 1,000.00 |
| 6. Wearing apparel. | | **Clothing**<br>7697 Lady Banks Loop<br>Corona, CA 92883 | | 500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Firearms, sports and other hobby equipment**<br>7697 Lady Banks Loop<br>Corona, CA 92883 | | 200.00 |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Valenty, Benjamin Paul _____ Case No. _____
Debtor(s) (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Imaginart, LLC<br>Interest: Membership<br>50% of Shares<br>26439 Rancho Pkwy. South, Suite 105<br>Lake Forest, CA 92630<br>(Filed Chapter 11 bankruptcy on 12/7/2011) | | 5,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2009 Nissan Altima<br>7697 Lady Banks Loop<br>Corona, CA 92883 | | 14,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

B6B (Official Form 6B) (12/07) Cont.

IN RE <u>Valenty, Benjamin Paul</u>                                    Case No. _____
                                  Debtor(s)                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTORS INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | | | **TOTAL** | **24,200.00** |

<div style="writing-mode: vertical-lr">© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

_____ 0 continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

# EXHIBIT "K"

B6D (Official Form 6D) (12/07)

IN RE <u>Valenty, Benjamin Paul</u>                                       Case No. _____
                       Debtor(s)                                            (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4910** <br><br> **Chase Auto** <br> **Po Box 901076** <br> **Fort Worth, TX 76101** | | | Installment account opened 2011-11-12 <br> Purchase money security interest <br> 2009 Nissan Altima <br> Value: $14,000 <br><br> VALUE $ **14,000.00** | | | | 14,060.00 | 60.00 |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |

    **0** continuation sheets attached

Subtotal (Total of this page)    $ **14,060.00**    $ **60.00**

Total (Use only on last page)    $ **14,060.00**    $ **60.00**

(Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# EXHIBIT "L"

IN RE Valenty, Benjamin Paul _____ Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owed to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

____1 continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE <u>Valenty, Benjamin Paul</u> _____    Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Franchise Tax Board**<br>P.O. Box 942840<br>Sacramento, CA  94240-0040 | | | Income taxes for 2007 - 2010 | | | | 9,000.00 | 9,000.00 | |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>P.O. Box 7122<br>San Francisco, CA  94120-7122 | | | 2007 - 2010 income taxes | | | | 90,000.00 | 90,000.00 | |
| ACCOUNT NO.<br>**State Board Of Equalization**<br>P.O. Box 942879<br>Sacramento, CA  94279 | | | | | | | 23,000.00 | 23,000.00 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ 122,000.00 | $ 122,000.00 | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ 122,000.00

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ 122,000.00 | $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# EXHIBIT "M"

IN RE <u>Valenty, Benjamin Paul</u> _____   Case No. _____
<center>Debtor(s)</center>   <span style="float:right">(If known)</span>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Allen J. Scharenbroch<br>5020 South 10th Street<br>Manitowoc, WI 54220-9503 | | | *Listed for notice and disclosure purposes only<br>Debt was scheduled in debtor's 1991 Chapter 7<br>Case (discharge was revoked)<br>Debt no longer enforceable based upon the<br>applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO. 9504<br>Allied National/collec (original Credito<br>440 Regency Parkway Dr S<br>Omaha, NE 68114 | | | Open account opened 2006-06-12 | | | | 472.00 |
| ACCOUNT NO.<br>Almeada Milner<br>224 Burnett Avenue [North]<br>Renton, WA 98055-1617 | | | *Listed for notice and disclosure purposes only<br>Debt was scheduled in debtor's 1991 Chapter 7<br>Case (discharge was revoked)<br>Debt no longer enforceable based upon the<br>applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br>Alvin J. Brauckman<br>6800 Depaul Cove<br>Austin, TX 78723-2223 | | | *Listed for notice and disclosure purposes only<br>Debt was scheduled in debtor's 1991 Chapter 7<br>Case (discharge was revoked)<br>Debt no longer enforceable based upon the<br>applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO. 2885<br>American Capital Ent (original Creditor:<br>27919 Jefferson Ave Ste<br>Temecula, CA 92590 | | | Installment account opened 2006-02-24 | | | | 42.00 |
| ACCOUNT NO.<br>American Express<br>Box 0001<br>Los Angeles, CA 90096-0002 | | | *Listed for notice and disclosure purposes only<br>Debt was scheduled in debtor's 1991 Chapter 7<br>Case (discharge was revoked)<br>Debt no longer enforceable based upon the<br>applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br>American National Ins. Co.<br>Group Accounting Department<br>P.O. Box 1710<br>Galveston, TX 77553-1710 | | | *Listed for notice and disclosure purposes only<br>Debt was scheduled in debtor's 1991 Chapter 7<br>Case (discharge was revoked)<br>Debt no longer enforceable based upon the<br>applicable statutes of limitation | | | X | unknown |

Sheet no. ___3___ of ___123___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div style="text-align:right">

Subtotal
(Total of this page) $ 514.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

</div>

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Valenty, Benjamin Paul _____ Case No. _____
　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bessie Or Cora Barbour<br>49 Judson Street, Apartment 5-F<br>Canton, NY 13617-1177 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br><br>Betty Will<br>195-282 Blossom Hill Road<br>San Jose, CA 95123-2301 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br><br>Bettye Arnelle<br>3810 Callaway Avenue<br>Baltimore, MD 21215-7103 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br><br>Beverly Carter<br>Stan Vinegard<br>985 Wilson Avenue<br>Columbus, OH 43206-1660 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br><br>Beverly Hanson<br>1201 Edgewood Road SW<br>Cedar Rapids, IA 52404-2344 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br><br>Beverly Tucker Wikle<br>718 Clinton Avenue East<br>Huntsville, AL 35801-3619 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br><br>Beverly Tucker Wikle<br>718 Clinton Avenue East<br>Huntsville, AL 35801-3619 | | | | | | | 0.00 |

Sheet no. __10__ of __123__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | $ |
| Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

95-88888-sgm-11-Doc08-647-Filed 05/14/12 Entered 05/14/12 16:09:34-55 Doc-17   Pg

B6F (Official Form 6F) (12/07) Cont. Case 6:11-bk-47321-SC   Doc 1   Filed 12/12/11   Entered 12/12/11 12:06:38   Desc
55 of 71
Main Document   Page 34 of 276

IN RE <u>Valenty, Benjamin Paul</u>                                                          Case No. _____
                              Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Brian Bachmann**<br>**207 Shanks Hall**<br>**Blacksburg, VA 24061** | | | *Listed for notice and disclosure purposes only<br>Debt was scheduled in debtor's 1991 Chapter 7<br>Case (discharge was revoked)<br>Debt no longer enforceable based upon the<br>applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br><br>**Brian Haupt**<br>**2487 Cherrywood Lane**<br>**Bath, PA 18014-1836** | | | *Listed for notice and disclosure purposes only<br>Debt was scheduled in debtor's 1991 Chapter 7 Case<br>(discharge was revoked)<br>Debt no longer enforceable based upon the applicable<br>statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br><br>**Brian Wells**<br>**C/O Joel H. Serlin**<br>**2000 Town Center, Suite 1500**<br>**Southfield, MI 48075** | | | **Complaint for damages filed 10/25/2011**<br>**Business debt** | | | X | 200,000.00 |
| ACCOUNT NO.<br><br>**Bruce Anderson**<br>**8251 Vantage Avenue**<br>**North Hollywood, CA 91605-1442** | | | *Listed for notice and disclosure purposes only<br>Debt was scheduled in debtor's 1991 Chapter 7<br>Case (discharge was revoked)<br>Debt no longer enforceable based upon the<br>applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br><br>**Bruce Sommer**<br>**C/O Texaco Inc.**<br>**200 Westchester Avenue**<br>**White Plains, NY 10604-3613** | | | *Listed for notice and disclosure purposes only<br>Debt was scheduled in debtor's 1991 Chapter 7<br>Case (discharge was revoked)<br>Debt no longer enforceable based upon the<br>applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br><br>**Bud West**<br>**1344 West U.S. Hwy 2**<br>**Crystal Falls, MI 49920-1047** | | | *Listed for notice and disclosure purposes only<br>Debt was scheduled in debtor's 1991 Chapter 7<br>Case (discharge was revoked)<br>Debt no longer enforceable based upon the<br>applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br><br>**Buddy Olister**<br>**3801 Ridge Lake Avenue, Apt. #5**<br>**Metarie, LA 70002-7212** | | | *Listed for notice and disclosure purposes only<br>Debt was scheduled in debtor's 1991 Chapter 7<br>Case (discharge was revoked)<br>Debt no longer enforceable based upon the<br>applicable statutes of limitation | | | X | unknown |

Sheet no. __13__ of __123__ continuation sheets attached to                              Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)    |$  200,000.00|

                                                                                                   Total
                                        (Use only on last page of the completed Schedule F. Report also on
                                        the Summary of Schedules, and if applicable, on the Statistical
                                        Summary of Certain Liabilities and Related Data.)   |$  |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE Valenty, Benjamin Paul _____ Case No. _____
                  Debtor(s)                                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Buenita Cash <br>P.O. 2798 <br>Ann Arbor, MI 48106-2798 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO. <br><br>Burt Shear <br>828 Summit Street <br>Belle Fourche, SD 57717-2220 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO. <br><br>Burton Ammundsen <br>1116 Camino Donaire <br>San Diego, CA 92154-4638 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO. <br><br>Butch Clinkscales <br>6232 Woodthrush Drive <br>Charlotte, NC 28227-1083 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO. <br><br>C. Calissendorff <br>South West 635 B City View <br>Pullman, WA 99163 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO. 5469 <br><br>Capital One <br>Po Box 85520 <br>Richmond, VA 23285 | | | Revolving account opened 2003-03-22 . | | | | 181.00 |
| ACCOUNT NO. <br><br>Capt. Dennis Bradley <br>724 Oxen Drive <br>Belleville, IL 62221-7907 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |

Sheet no. __14__ of __123__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) |$ 181.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) |$

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Valenty, Benjamin Paul     Case No. _____

Debtor(s)             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1287<br>Cmre Financial Svcs In (original Credito<br>3075 E Imperial Hwy Ste<br>Brea, CA 92821 | | | Open account opened 2009-11-04 | | | | 192.00 |
| ACCOUNT NO. 5415<br>Cmre Financial Svcs In (original Credito<br>3075 E Imperial Hwy Ste<br>Brea, CA 92821 | | | Open account opened 2005-11-02 | | | | 85.00 |
| ACCOUNT NO. 8399<br>Cmre Financial Svcs In (original Credito<br>3075 E Imperial Hwy Ste<br>Brea, CA 92821 | | | Open account opened 2006-10-31 | | | | 67.00 |
| ACCOUNT NO.<br>Computer Payroll Company<br>P.O. Box 11270<br>Santa Ana, CA 92711-1270 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br>Connie Evans [Ropes & Gray]<br>Attorney For Walter C. Paine<br>1 International Place<br>Boston, MA 02110-2624 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br>Copies Now<br>South Coast Metro Center<br>575 Anton Blvd. Plaza Level<br>Costa Mesa, CA 92626-1910 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br>Cpt Group, Inc.<br>Attn: Mr. Henry Arjad<br>1151 Dove St., Ste. 170<br>Newport Beach, CA 92660-2805 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |

Sheet no. ___20___ of ___123___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) |$ 344.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) |$

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

95-888 ... Doc 647 Filed 05/14/12 Entered 05/14/12 16:09:34 Doc 7 Pg

B6F (Official Form 6F) (12/07) ... Case 6:11-bk-47321-SC   Doc 1   Filed 12/12/11   Entered 12/12/11 12:06:38   Desc
Main Document   Page 42 of 276

IN RE Valenty, Benjamin Paul      Case No. _____
_____
Debtor(s)                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Cpt Group, Inc.<br>1151 Dove St., Ste. 170<br>Newport Beach, CA 92660-2805 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br>Craig Santa Maria<br>Kober Financial Corporation<br>1200 N. Federal Hghwy., Ste. 401<br>Boca Raton, FL 33432-2847 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO. 6321<br>Credit Management Lp (original Creditor:<br>4200 International Pkwy<br>Carrollton, TX 75007 | | | Open account opened 2006-02-01 | | | | 499.00 |
| ACCOUNT NO.<br>D.B.M. Designs<br>2419 Vanderbilt Lane #2<br>Redondo Beach, CA 90278-3213 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br>Dan Mclaughlin<br>11008 Elvin Avenue N.E.<br>Albuquerque, NM 87112-3230 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br>Dane W. Prothero<br>Ng. 11 Lake Cherokee<br>Longview, TX 75603 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br>Daniel Cole<br>7049 9th Avenue N.W.<br>Seattle, WA 98117-5202 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |

Sheet no. __21__ of __123__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $   499.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] -- Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE <u>Valenty, Benjamin Paul</u>                                                    Case No. _____
                                    Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Florine Jordan<br>12204 Mc Kenna Circle<br>Midlothian, VA 23112-3732 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br>Fnn Data Broadcasting<br>1900 South Norfolk Street<br>San Mateo, CA 94403-1151 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br>Foodcraft Coffee Service<br>1625 Riverside Drive<br>Los Angeles, CA 90031-1082 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br>Ford Credit<br>1 American Rd<br>Dearborn, MI 48126 | | | Deficiency balance Car Lease | | | | 6,000.00 |
| ACCOUNT NO.<br>Fran H. Bartholomew<br>3271 Elsuyo Drive<br>San Ramon, CA 94583-3050 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br>Frances Peachy<br>7473 Westwood<br>Riverside, CA 92504-2725 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br>Franchise Tax Board<br>P.O. Box 942840<br>Sacramento, CA 94240-0040 | | | Income taxes for 2006 and older Scheduled for discharge | | | | 15,000.00 |

Sheet no. ___36___ of ___123___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ 21,000.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Valenty, Benjamin Paul                                          Case No. _____
_____                                              (If known)
             Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Howard P. Lekberg<br>Hellen E. Lekberg<br>Main Street Rfd #115<br>East Douglas, MA 01516 | | | *Listed for notice and disclosure purposes only<br>Debt was scheduled in debtor's 1991 Chapter 7 Case<br>(discharge was revoked)<br>Debt no longer enforceable based upon the applicable<br>statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br>Howlette Huddleston<br>6170 Gareche Street<br>St. Louis, MO 63136-4706 | | | *Listed for notice and disclosure purposes only<br>Debt was scheduled in debtor's 1991 Chapter 7<br>Case (discharge was revoked)<br>Debt no longer enforceable based upon the<br>applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br>Internal Revenue Service<br>P.O. Box 7122<br>San Francisco, CA 94120-7122 | | | Income taxes for years 2006 and older<br>Scheduled for discharge | | | | 110,000.00 |
| ACCOUNT NO.<br>Iola Vuckan<br>380 Wisconsin<br>Long Beach, CA 90814-2236 | | | *Listed for notice and disclosure purposes only<br>Debt was scheduled in debtor's 1991 Chapter 7<br>Case (discharge was revoked)<br>Debt no longer enforceable based upon the<br>applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br>Irwin & Cheryl Bardin<br>768 Twin Rivers Drive North<br>E. Windsor, NJ 08520-5613 | | | *Listed for notice and disclosure purposes only<br>Debt was scheduled in debtor's 1991 Chapter 7<br>Case (discharge was revoked)<br>Debt no longer enforceable based upon the<br>applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br>Isamu Miyakawa<br>45924 Anoi Road<br>Kaneotte, HI 96744-3301 | | | *Listed for notice and disclosure purposes only<br>Debt was scheduled in debtor's 1991 Chapter 7<br>Case (discharge was revoked)<br>Debt no longer enforceable based upon the<br>applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br>J. Seward<br>5711 Gulfton, Apartment #2329<br>Houston, TX 77081-2607 | | | *Listed for notice and disclosure purposes only<br>Debt was scheduled in debtor's 1991 Chapter 7<br>Case (discharge was revoked)<br>Debt no longer enforceable based upon the<br>applicable statutes of limitation | | | X | unknown |

Sheet no. ___49 of ___123 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          $  110,000.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Valenty, Benjamin Paul** _____ Case No. _____
_____
Debtor(s) _____ (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Joseph Tiralla <br> Adelina Road Box 2805 <br> Prince Fredrick, MD 20678-9720 | | | | | | X | unknown |
| ACCOUNT NO. <br><br> Joyce Sexton <br> C/O Hornberger & Brewer <br> 444 S. Flower St., #3010 <br> Los Angeles, CA 90071-2901 | | | Jury Verdict 2011 - Judgment to be entered <br> Business debt | | | X | 170,000.00 |
| ACCOUNT NO. <br><br> Joyce Sutton <br> 108 Clark Avenue <br> Rochester, NY 14609-1143 | | | *Listed for notice and disclosure purposes only <br> Debt was scheduled in debtor's 1991 Chapter 7 <br> Case (discharge was revoked) <br> Debt no longer enforceable based upon the <br> applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO. <br><br> Judy Mc Bain <br> 3658 Ingraham Street <br> San Diego, CA 92109-6716 | | | *Listed for notice and disclosure purposes only <br> Debt was scheduled in debtor's 1991 Chapter 7 <br> Case (discharge was revoked) <br> Debt no longer enforceable based upon the <br> applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO. <br><br> Judy Wood <br> 102 Dandelion <br> Morenci, AZ 85540-9745 | | | *Listed for notice and disclosure purposes only <br> Debt was scheduled in debtor's 1991 Chapter 7 <br> Case (discharge was revoked) <br> Debt no longer enforceable based upon the <br> applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO. <br><br> Julian Englehart <br> 506 Impala Drive <br> Niles, MI 49120-8906 | | | *Listed for notice and disclosure purposes only <br> Debt was scheduled in debtor's 1991 Chapter 7 <br> Case (discharge was revoked) <br> Debt no longer enforceable based upon the <br> applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO. <br><br> Karen Heitz <br> 1405 Deerpath Lane <br> La Grange Park, IL 60525-1019 | | | *Listed for notice and disclosure purposes only <br> Debt was scheduled in debtor's 1991 Chapter 7 Case <br> (discharge was revoked) <br> Debt no longer enforceable based upon the applicable <br> statutes of limitation | | | X | unknown |

Sheet no. __62__ of __123__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ 170,000.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

95-88808-sgm11 Doc 647 Filed 05/14/12 Entered 05/14/12 16:09:34 Doc 7 Pg

B6F (Official Form 6F) (12/07) Cont. Case 6:11-bk-47321-SC    Doc 1    Filed 12/12/11    Entered 12/12/11 12:06:38    Desc
Main Document    Page 97 of 276

IN RE Valenty, Benjamin Paul _____    Case No. _____
                            Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Mary V. Raggio <br> 6460 E. Shore Road <br> Columbia, SC 29206-3306 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO. <br><br> Mathew Keaton <br> Marcelle Keaton <br> 6448 Vale Road <br> Bartlett, TN 38134 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO. <br><br> Matthew Paolucci <br> 7738 Marron Peak <br> Littleton, CO 80127-3611 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO. <br><br> Max J. Rudolph <br> 1114 Ironwood #150 <br> Bellevue, NE 68005-4757 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO. <br><br> May P, Gin <br> Attorney For 0. Joseph Martins <br> 1837 S Mesa Dr., Suite #C-100 <br> Mesa, AZ 85210-6221 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO. <br><br> McGivern, Gilliard & Curthoys <br> 4101 Perimeter Ctr. Dr., #355 <br> Oklahoma City, OK 73112-2302 | | | Attorney fees Business debt | | | X | 29,907.00 |
| ACCOUNT NO. <br><br> Mcquellen Newton <br> 717 Palmyra Road <br> Clarksville, TN 37040-7213 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |

Sheet no. ___76 of ___123 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) |$    29,907.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) |$

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

95-88888-sgm 11 Doc 08647 Filed 05/14/12 Entered 05/14/12 16:09:34 63 Doc 7 Pg

B6F (Official Form 6F) (12/07) Cont. Case 6:11-bk-47321-SC Doc 1 Filed 12/12/11 Entered 12/12/11 12:06:38 Desc
Main Document Page 98 of 276

IN RE Valenty, Benjamin Paul _____ Case No. _____

<table>
<tr><td align="center">Debtor(s)</td><td align="center">(If known)</td></tr>
</table>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7079**<br><br>**Medicredit Corporation (original Credito**<br>**1801 California Ave**<br>**Corona, CA 92881** | | | Open account opened 2006-06-30 | | | | **249.00** |
| ACCOUNT NO. **1591**<br><br>**Medicredit Corporation (original Credito**<br>**1801 California Ave**<br>**Corona, CA 92881** | | | Open account opened 2006-01-24 | | | | **190.00** |
| ACCOUNT NO.<br><br>**Melvin Jordan**<br>**12204 Mc Kenna Circle**<br>**Midlothian, VA 23112-3732** | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | **unknown** |
| ACCOUNT NO. **4215**<br><br>**Merchants Financial Gu (original Credito**<br>**1215 W Imperial Hwy Ste**<br>**Brea, CA 92821** | | | Open account opened 2011-04-04 | | | | **283.00** |
| ACCOUNT NO.<br><br>**Merle E. Bunker**<br>**2218 46th Street**<br>**Los Alamos, NM 87544-1722** | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | **unknown** |
| ACCOUNT NO.<br><br>**Metromedia/itt**<br>**P.O. Box 33660**<br>**Louisville, KY 40232-3660** | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | **unknown** |
| ACCOUNT NO.<br><br>**Michael D. Collins**<br>**P.O. Box 3747**<br>**Amarillo, TX 79116-3747** | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | **unknown** |

Sheet no. ____**77** of ____**123** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) |$ **722.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) |$

© 1993-2011 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE Valenty, Benjamin Paul                                      Case No. _____
_____                          _____
Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Oswald & Yap<br>Samuel G. Boyles<br>5000 Birch St., Suite 4600<br>Newport Beach, CA 92660-2141 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br><br>Pacific Bell<br>Payment Center<br>Van Nuys, CA 91388 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br><br>Pacific Building Management<br>1300 Dove, Suite 200<br>Newport Beach, CA 92660-2416 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br><br>Pagter Law Corporation<br>Attention: Americavest/Irc&B<br>1535 E. 17th Street, Suite #A<br>Santa Ana, CA 92701-2841 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br><br>Pancal Bake Phase Two<br>4678 World Pkwy.<br>Saint Louis, MO 63134 | | | Unpaid Rent - debtor personally guaranteed payment of Imaginart, LLC Business debt | | | X | 18,584.72 |
| ACCOUNT NO.<br><br>Paradise Productions , Inc.<br>4300 Montgomery Ave., Ste. 305<br>Bethesda, MD 20814-4415 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br><br>Pat Albrecht<br>Box 329 Joy Lane<br>Old Bridge, NJ 08857-9614 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |

Sheet no. __84__ of __123__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) |$ 18,584.72

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) |$

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Form Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE Valenty, Benjamin Paul

Debtor(s)                                           Case No. _____
                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Prenovost & Normandin 2122 N. Broadway, #200 Santa Ana, CA 92706 | | | Attorney Fees Business debt | | | X | 55,000.00 |
| ACCOUNT NO. Preston Ingram 7216 S. Roland St. Louis, MO 63121-2619 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO. Prof. R.J. Moss 37 Notre Dame Street Hudson Falls, NY 12839-1507 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO. Ralph H. Butler P.O. Box 427 Groveland, CA 95321-0427 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO. Randy Gross 4895 Walden Glen Drive Memphis, TN 38128-1559 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO. Randy Or Debbie Berry 9911 Ruth Avenue Allan Park, MI 48101-1374 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO. Randy Pierce 3617 West Ash Street Fullerton, CA 92633-3107 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |

Sheet no. __90__ of __123__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   $ 55,000.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Valenty, Benjamin Paul _____    Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Southern California Sunbelt Developers<br>4676 Lakeview Ave., Ste. 213<br>Yorba Linda, CA 92886 | | | Judgment entered 2002 | | | | 30,000.00 |
| ACCOUNT NO.<br><br>Sparkletts Drinking Water<br>P.O. Box 41914<br>Los Angeles, CA 90041-0914 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br><br>Stanford D. Greene<br>11026 Leader Road<br>Chardon, OH 44024-8951 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br><br>Stanley Oh<br>1436 Makamua Street<br>Pearl City, HI 96782-2015 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br><br>Stanley Rodowicz Jr. Tr.<br>P.O. Box 126<br>Plainsfield, CT 06374-0126 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br><br>State Fund Compensation Ins.<br>PO Box 7980<br>San Francisco, CA 94120-7980 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br><br>Stephen Hale<br>1961 S. 83rd Street<br>West Allis, WI 53219-1031 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |

Sheet no. __106__ of __123__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 30,000.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

95-88808.sgm 11-Doc-8647-Filed 05/14/12 Entered 05/14/12 16:09:34 67 Doc 7 Pg

B6F (Official Form 6F) (12/07) Card Case:6:11-bk-47321-SC Doc 1 Filed 12/12/11 Entered 12/12/11 12:06:38 Desc
Main Document Page 131 of 276

IN RE **Valenty, Benjamin Paul** _____ Case No. _____
　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Tanis Nielson<br>455 S. 1100 East, Apt. 18<br>St. George, UT 84770-2037 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br>Taylor White<br>PO Box 319<br>1501 Corbett Road<br>Monkton, MD 21111-1517 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br>Teresa Kivanitos<br>4020 West Montebello Avenue<br>Phoenix, AZ 85019-1825 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br>Terrie Kifer<br>C/O Hornberger & Brewer<br>444 S. Flower St., #3010<br>Los Angeles, CA 90071-2901 | | | Jury verdit 2011 - Judgment to be entered Business debt | | | X | 170,000.00 |
| ACCOUNT NO.<br>Terry Connor<br>223 Albatross Avenue<br>Livermore, CA 94550-3033 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br>Terry L. Harter<br>202 Overlook Court<br>Fredricksbury, VA 22405-1956 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br>Terry Paggen<br>37 1st Street North<br>Waite Park, MN 56387-1208 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |

Sheet no. __110__ of __123__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 170,000.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

95-88808-sgm 11 Doc 3 647 Filed 05/04/12 Entered 05/14/12 16:09:34 68 Doc 7 Pg

BGF (Official Form 6F) (12/07) Cont. Case 6:11-bk-47321-SC   Doc 1   Filed 12/12/11   Entered 12/12/11 12:06:38   Desc
68 of 71
Main Document    Page 132 of 276

IN RE <u>Valenty, Benjamin Paul</u>                                                                  Case No. _____
<div align="center">Debtor(s)</div>                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Terry Yingling<br>6364 Center Street<br>Highland, CA 92346-2231 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | 0.00 |
| ACCOUNT NO. <br><br>The Plant Stand<br>2972A Century Place<br>Cost M | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>The Plant Stand<br>2972A Century Place<br>Costa Mesa, CA 92626-4324 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO. <br><br>The Sundan Company<br>Dan Davis, Managing Partner<br>3771 Spring Drive<br>Hunstville, TX 77340-8941 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO. <br><br>Theodore Elo<br>107 S. 4th Street<br>St. Joseph, MO 64501-2107 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO. <br><br>Theodore R. Marcum<br>226 Stratford Avenue<br>Richmond, KY 40475-2246 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO. <br><br>Thomas Harper<br>4957 Sunny Slope Avenue<br>Sherman Oaks, CA 91423-1440 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |

Sheet no. <u>111</u> of <u>123</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">
Subtotal
(Total of this page)   $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____
</div>

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Valenty, Benjamin Paul _____    Case No. _____

<div align="center">Debtor(s)    (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **70001**<br>Toyota Motor Credit Co<br>2600 Michelson Dr Ste 50<br>Irvine, CA 92612 | | | Installment account opened 2007-04-20 | | | | 1,933.00 |
| ACCOUNT NO.<br>Tracy Wukasch<br>PO Box 843<br>Groves, TX 77619 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br>Unigold<br>16311 Ventura Blvd Suite 1100<br>Encino, CA 91436-4300 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br>V.M. Zabolotny<br>5660 Foward Ave. #6<br>Pittsburgh, PA 15217-2261 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br>Valley Communications Inc.<br>4026 Clipper Court<br>Fremont, CA 94538-6540 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br>Varee W. Mc Gee<br>14626 Lee Crest Drive<br>Houston, TX 77049-4218 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br>Vember Taylor<br>102 Lemonwood<br>Universal City, TX 78148-4207 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |

Sheet no. **115** of **123** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">

Subtotal
(Total of this page) |$ 1,933.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) |$
</div>

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

BGF (Official Form 6F) (12/07) Cont.

IN RE Valenty, Benjamin Paul

_____      Case No. _____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2578 <br> Verizon California Inc <br> 500 Technology Dr <br> Weldon Spring, MO 63304 | | | Open account opened 2005-10-06 | | | | 248.00 |
| ACCOUNT NO. <br> Vern Keller <br> 1202 Lark Spur Drive <br> Scotts Bluff, NE 69361-4513 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO. <br> Vicki C. Rice <br> 302 Denslowe Drive <br> Reno, NV 89512-2238 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO. <br> Vicki L. Irvine <br> 960 Hollytree Drive <br> Cincinnati, OH 45231-4748 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO. <br> Victor J. Sprauer <br> 5110 Cimarron Lane Raintree <br> Culver City, CA 90230-4307 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO. <br> Victor Lyon <br> 5317 Old Stump Drive <br> Gig Harbor, WA 98332-8851 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO. <br> Vincent A. Dugan <br> Attorney For irc&B <br> 625 City Park Avenue <br> Columbus, OH 43206-1003 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |

Sheet no. __116__ of __123__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) |$   248.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) |$

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE <u>Valenty, Benjamin Paul</u>                                          Case No. _____
             Debtor(s)                                                                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Yu-Jeng Yen<br>7412 26th Avenue N.E.<br>Seattle, WA 98115-5820 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO.<br><br>Yvonne Sharp<br>21100 N.E. 26th Avenue<br>Miami, FL 33180-1106 | | | *Listed for notice and disclosure purposes only Debt was scheduled in debtor's 1991 Chapter 7 Case (discharge was revoked) Debt no longer enforceable based upon the applicable statutes of limitation | | | X | unknown |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __123__ of __123__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal
                   (Total of this page)  $

                                           Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ 808,932.72

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only