UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

NEW YORK COMMERCIAL BANK,

        Plaintiffs,

  -v-                                                No. 12 Civ. 7693 (LTS)

PAUL PULLO AND GENE PULLO,

        Defendants.

-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 5 2012

## ORDER

This removed case is hereby referred to the United States Bankruptcy Court for the Southern District of New York, pursuant to the Amended Standing Order of Reference dated January 31, 2012.

SO ORDERED.

Dated: New York, New York
       October 24, 2012

                                                                        _____
                                                                     LAURA TAYLOR SWAIN
                                                                      United States District Judge