UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
NEW YORK COMMERCIAL BANK,

                                    Plaintiff,

              Case No. 12-Civ-7693 (LTS) (FM)

      - against -

PAUL J. PULLO and GENE V. PULLO,

                                  Defendants.
------------------------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, the Declaration of Lon J. Seidman, Esq., and the exhibits annexed thereto, defendants Paul J. Pullo and Gene V. Pullo, by and through their counsel, SilvermanAcampora LLP, will move this Court, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on a date and time to be designated by the Court, for an Order pursuant to 28 U.S.C. §1404(a) transferring venue of the above-captioned action to the United States District Court for the Eastern District of New York.

Dated: Jericho, New York
       October 15, 2012

                                              **SILVERMANACAMPORA LLP**
                                              Attorneys for Defendants Paul J. Pullo
                                              and Gene V. Pullo

                                              By:  /s/ Lon J. Seidman
                                                        Lon J. Seidman
                                              Member of the Firm
                                              100 Jericho Quadrangle, Suite 300
                                              Jericho, New York  11753
                                              (516) 479-6300

GSG/1224587.1/062328