UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
NEW YORK COMMERCIAL BANK,

                              Plaintiff,

    - against -

Case No.: 12-cv-7693 (LTS) (FM)

PAUL J. PULLO and GENE V. PULLO,

                              Defendants.
------------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NASSAU    )

    I, **CAROL ANN GALLO-RUSSO,** being duly sworn, depose and say that I am not a party to this action. I am over 18 years of age and I am employed by SilvermanAcampora LLP.

    On October 15, 2012, deponent served the within

- **NOTICE OF MOTION; and**

- **DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE TO THE EASTERN DISTRICT OF NEW YORK**

by First Class Mail delivery to the address listed below, said address designated for that purpose by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

**TO:**    Loeb & Loeb LLP
           Attorneys for Plaintiff
           345 Park Avenue
           New York, New York 10154
           Attn: William M. Hawkins, Esq.

                                                   *s/ Carol Ann Gallo-Russo*
                                                   **CAROL ANN GALLO-RUSSO**

Sworn to before me this
15th day of October, 2012.

Elisa Coates
Notary Public, State of New York
No. 01CO4764451
Qualified in Suffolk County
Commission Expires November 30, 2014

*s/ Elisa Coates*
        Notary Public

CAG/1225365.1/062328