UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
NEW YORK COMMERCIAL BANK,

                                Plaintiff,

    - against -

PAUL J. PULLO and GENE V. PULLO,

                                Defendants.
------------------------------------------------------------------------x

Case No.: 12-cv-7693 (LTS) (FM)

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NASSAU    )

    I, **CAROL ANN GALLO-RUSSO,** being duly sworn, depose and say that I am not a party to this action. I am over 18 years of age and I am employed by SilvermanAcampora LLP.

    On October 15, 2012, deponent served the within **MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE TO THE EASTERN DISTRICT OF NEW YORK** by First Class Mail delivery to the address listed below, said address designated for that purpose by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

**TO:**    Loeb & Loeb LLP
          Attorneys for Plaintiff
          345 Park Avenue
          New York, New York 10154
          Attn: William M. Hawkins, Esq.

                                                  *s/ Carol Ann Gallo-Russo*
                                                  **CAROL ANN GALLO-RUSSO**

Sworn to before me this
15th day of October, 2012.

> Elisa Coates
> Notary Public, State of New York
> No. 01CO4764451
> Qualified in Suffolk County
> Commission Expires November 30, 2014

*s/ Elisa Coates*
       Notary Public

CAG/1225368.1/062328