95-88888-cgm   Doc 10-10   Filed 12/04/12   Entered 12/04/12 17:20:01   Doc. #5 -
Case 1:12-cv-07693-LTS   Document 7-1   Filed 10/24/12   Page 1 of 1
Affidavit of Service    Pg 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
NEW YORK COMMERCIAL BANK,

                              Plaintiff,

        Case No.: 12-cv-7693 (LTS) (FM)

    - against -

PAUL J. PULLO and GENE V. PULLO,

                              Defendants.
------------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NASSAU    )

    I, **CAROL ANN GALLO-RUSSO,** being duly sworn, depose and say that I am not a party to this action. I am over 18 years of age and I am employed by SilvermanAcampora LLP.

    On October 24, 2012, deponent served the within **MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT IN LIEU OF COMPLAINT** by First Class Mail delivery to the address listed below, said address designated for that purpose by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

**TO:**    Loeb & Loeb LLP
          Attorneys for Plaintiff
          345 Park Avenue
          New York, New York 10154
          Attn: William M. Hawkins, Esq.

                                            *s/ Carol Ann Gallo-Russo*
                                            **CAROL ANN GALLO-RUSSO**

Sworn to before me this
24th day of October, 2012.

| Elisa Coates |
| Notary Public, State of New York |
| No. 01CO4764451 |
| Qualified in Suffolk County |
| Commission Expires November 30, 2014 |

*s/ Elisa Coates*
      Notary Public

CAG/1229352.1/062328