CLOSED, BKREF, ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:12−cv−08517−RA
*Internal Use Only*

Pride Technologies, LLC v. Deangelis  
Assigned to: Judge Ronnie Abrams  
Case in other court: State Court − Supreme, 101521−12  
Cause: 28:1334 Bankruptcy Appeal  

Date Filed: 11/21/2012  
Date Terminated: 01/30/2013  
Jury Demand: None  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question  

**Plaintiff**

**Pride Technologies, LLC**     represented by **Stephanos Zannikos**  
The Law Offices of Borrelli and Associates, P.C.  
1 Old Country Road, Suite 347  
Carle Place, NY 11514  
(516) 248−5550  
Fax: (516) 248−6027  
Email: stephanos.zannikos@pridetech.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Tom Deangelis**     represented by **Tom Deangelis**  
416 Bella Vista Road  
Brick, NJ 08724  
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2012 | 1 | NOTICE OF REMOVAL from Supreme, County of New York. Case Number: 101521−12. (Filing Fee $ 350.00, Receipt Number 465401053700).Document filed by Pride Technologies, LLC.(jd) (mqu). (Entered: 11/29/2012) |
| 11/21/2012 | | SUMMONS ISSUED as to Tom Deangelis. (jd) (Entered: 11/29/2012) |
| 11/21/2012 | | Magistrate Judge Michael H. Dolinger is so designated. (jd) (Entered: 11/29/2012) |
| 11/21/2012 | | Case Designated ECF. (jd) (Entered: 11/29/2012) |
| 11/21/2012 | | ***NOTE TO ATTORNEY TO E−MAIL PDF. Note to Attorney Stephanos Zannikos for noncompliance with Section 14.3 of the S.D.N.Y. Electronic Case Filing Rules &Instructions. E−MAIL the PDF for Document 1 Notice of Removal to: caseopenings@nysd.uscourts.gov. (jd) (Entered: 11/29/2012) |
| 12/10/2012 | 2 | ORDER FOR INITIAL PRETRIAL CONFERENCE: This case has been assigned to me for all purposes. It is hereby ordered that counsel for all parties appear for an Initial status conference on January 3, 2013 at 3:00 p.m. in Courtroom 9B of the United States District court for the Southern District of New York, 500 Pearl street, New York, New York, 10007. It is further ordered that, by December 27, 2012, the parties submit a joint letter, not to exceed five (5) pages, providing the following information in separate paragraphs as set forth in this order. It is further ordered that, by 12/27/2012, the parties shall jointly submit to the Court a proposed case Management Plan and Scheduling order. (Signed by Judge Ronnie Abrams on 12/10/2012) (js) (Entered: 12/10/2012) |
| 12/27/2012 | 3 | NOTICE OF MOTION: that the Court grant plaintiff an adjournment of the pretrial conference due to the holiday season and the short notice that plainitff had to respond to this re: 2 Order for Initial Pretrial Conference. Document filed by Tom |

| | | |
|---|---|---|
| | | Deangelis.(sc) (Entered: 01/02/2013) |
| 12/27/2012 | 5 | NOTICE OF APPEARANCE by Tom Deangelis appearing Pro Se (mro) (Entered: 01/03/2013) |
| 01/02/2013 | | Endorsed Letter dated January 2, 2013 mailed to pro se defendant Tom Deangelis. (arc) (Entered: 01/02/2013) |
| 01/02/2013 | 4 | ENDORSED LETTER addressed to Judge Ronnie Abrams, from Stephanos Zannikos, dated 12/27/2012 re: Plaintiff submits this letter on behalf of both parties and with Defendant's consent to advise the Court that the parties will postpone their submission of the joint letter and proposed scheduling order until the Court has rendered its decision. ENDORSEMENT: The conference scheduled for January 3, 2013 at 3:00 p.m. is adjourned and rescheduled for January 31, 2013 at 10:15 a.m. The parties shall submit a joint letter and proposed case management plan by January 24, 2013. ( Initial Conference set for 1/31/2013 at 10:15 AM before Judge Ronnie Abrams.) (Signed by Judge Ronnie Abrams on 1/2/2013) (ja) (Entered: 01/02/2013) |
| 01/02/2013 | | (Court only) ***Motion(s) terminated: 3 MOTION that the Court grant plaintiff an adjournment of the pretrial conference due to the holiday season and the short notice that plainitff had to respond to this re: 2 Order for Initial Pretrial Conference,,. MOTION that the Court grant plaintiff an adjournment of the pretrial conference due to the holiday season and the short notice that plainitff had to respond to this re: 2 Order for Initial Pretrial Conference,,. filed by Tom Deangelis. (arc) (Entered: 01/03/2013) |
| 01/08/2013 | 6 | (Court only) Letter addressed to Honorable Judge Abrams from Thomas DeAngelis dated 01/04/13 re: requests that the Court issues an order allowing pro−se defendant to complete the scheduled conference telephonically. Document filed by Tom Deangelis.(sc) (Entered: 01/09/2013) |
| 01/10/2013 | | Endorsed letter dated January 10, 2013 mailed to pro se defendant Thomas Deangelis at 416 Bella Vista Road, Brick, NJ 08724. (arc) (Entered: 01/10/2013) |
| 01/10/2013 | 7 | ENDORSED LETTER addressed to Pro−Se from Thomas DeAngelis dated 1/4/2012 re: I am requesting a change of conference for the Honorable Judge Ronnie Abrams I am asking that they allow me to complete this conference telephonically. Please forward this letter to Judge Ronnie Abrams office. I can be reached at 732 691−9637 My Address is 416 Bella Vista Road Brick NJ 08724 ENDORSEMENT: Application granted. Courtroom Deputy Allison Cavale will call you at the phone number listed above at the time of the conference. (Signed by Judge Ronnie Abrams on 1/10/2013) (djc) (Entered: 01/10/2013) |
| 01/29/2013 | | Set/Reset Hearings: Initial Conference (Telephonic) rescheduled for 1/30/2013 at 12:00 PM before Judge Ronnie Abrams. (arc) (Entered: 01/29/2013) |
| 01/30/2013 | | Minute Entry for proceedings held before Judge Ronnie Abrams: Initial Pretrial Conference held on 1/30/2013. (Court Reporter Karen Gorlaski) (arc) (Entered: 01/30/2013) |
| 01/30/2013 | | Order dated January 30, 2013 mailed to pro se defendant Tom Deangelis at 416 Bella Vista Road, Brick, NJ 08724. (arc) (Entered: 01/30/2013) |
| 01/30/2013 | 8 | ORDER: ORDERED that this case is referred to the Bankruptcy Court for the Southern District of New York pursuant to this Court's Standing Order.SO ORDERED. (Signed by Judge Ronnie Abrams on 1/30/2013) (ama) (Entered: 01/30/2013) |
| 01/30/2013 | | Transmission to the Case Openings Clerk. Transmitted re: 8 Order Referring Case to Bankruptcy Court, to the Case Openings Clerk for case processing. (ama) (Entered: 01/30/2013) |
| 01/30/2013 | 9 | DUPLICATE ORIGINAL AMENDED STANDING ORDER REFERRING CASE to Bankruptcy Court as related to Bankruptcy Court Case No. 95−88888. Pursuant to 28 U.S.C. Section 157(a) any or all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 are referred to the bankruptcy judges for this district. (See 1:12−mc−00032 |

| | | |
|---|---|---|
| | | (M−10−468) Order Filed February 1, 2012) (Signed by Judge Loretta A. Preska on 1/31/2012) (laq) (Entered: 02/04/2013) |
| 01/30/2013 | | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States Bankruptcy Court – Southern District of New York on 2/4/2013. (laq) (Entered: 02/04/2013) |