UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIDE TECHNOLOGIES LLC.
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-27-12

No. 12 Civ. 8517 (RA)

- against -

NOTICE OF MOTION

TOM DEANGELIS
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

     **PLEASE TAKE NOTICE** that upon the annexed affirmation of <u>Thomas DeAngelis</u>,
*(name)*

affirmed on <u>December</u> <u>26</u>, 20<u>12</u>, and upon the exhibits attached thereto *(delete if no*
           *(date)*

*exhibits)*, the accompanying Memorandum of Law in support of this motion *(delete if there is no*

*Memorandum of Law)*, and the pleadings herein, plaintiff/defendant will move this Court, before
                                          *(circle one)*

<u>HONORABLE RONNIE ABRAMS</u>, United States District/Magistrate Judge, for an order
    *(Judge's name)*                          *(circle one)*

pursuant to Rule _____ of the Federal Rules of Civil Procedure granting *(state what you want the*
*Judge to order)*: <u>I am asking for an adjournment Due to the holiday season and the short notice</u>
<u>that I had to respond to this.</u>
_____
_____

        **I declare under penalty of perjury that the foregoing is true and correct.**

Dated: <u>Brick</u>, <u>NJ</u>      Signature <u>Thomas DeAngelis</u>
      *(city)*       *(state)*      Address <u>416 Bella Vista Road</u>
<u>December</u> <u>26</u>, 20<u>12</u>      <u>Brick New Jersey 08724</u>
   *(month)*   *(day)*   *(year)*      Telephone Number <u>732-691-9637</u>
                                           Fax Number *(if you have one)* _____

*Rev. 05/2007*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIDE TECHNOLOGIES LLC.

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

TOM DEANGELIS

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

No. 12 Civ. 8517 (RA) ( )

**AFFIRMATION OF SERVICE**

I, Thomas DeAngelis _____, declare under penalty of perjury that I have
*(name)*

served a copy of the attached  Notice of Motion, Notice of Appearance
*(document you are serving)*

upon Stephanos Zannikos, Esq _____ whose address is 420 Lexington Avenue
*(name of person served)*

Suite 2220 New York, New York 10170
*(where you served document)*

by Overnight express (Fedex)
*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: Brick , NJ
   *(town/city)   (state)*

December  26 , 20 12
*(month)  (day)  (year)*

Signature

416 Bella Vista Road
*Address*

Brick, New Jersey
*City, State*

08724
*Zip Code*

732-691-9637
*Telephone Number*

Rev. 05/2010