**MEMO ENDORSED**

Stephanos Zannikos, Esq.
420 Lexington Avenue, Suite 2220
New York, New York 10170
Tel: (212) 235-5300 Ext. 107
Fax: (212) 599-3427

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 02 2013

December 27, 2012

*Via Email: Abrams_NYSDChambers@nysd.uscourts.gov*
Hon. Ronnie Abrams
United States District Court
Southern District of New York
500 Pearl Street, Room 620
New York, NY 10007

                Re:    *Pride Technologies v. Tom Deangelis*
                       <u>Docket No.: 12 Civ. 8517 (RA)</u>

Dear Judge Abrams:

PRIDE

I represent the Plaintiff in the above referenced matter and write concerning the Court's Order and Notice of Initial Conference, dated December 10, 2012. In the Order, the Court instructed the parties to file a joint letter and proposed scheduling order by today, December 27, 2012, in conjunction with the initial conferenced scheduled on January 3, 2013. However, Defendant has recently filed a Notice of Appearance and a request for an adjournment of the scheduled appearance with the Pro Se Office. In light of Defendant's request, Plaintiff submits this letter on behalf of both parties and with Defendant's consent to advise the Court that the parties will postpone their submission of the joint letter and proposed scheduling order until the Court has rendered its decision.

*Respectfully submitted,*

Stephanos Zannikos, Esq. (SZ0893)

cc: Tom Deangelis, Pro Se

```
The conference scheduled for January 3, 2013 at 3:00 p.m. is adjourned and
rescheduled for January 31, 2013 at 10:15 a.m.  The parties shall submit a
joint letter and proposed case management plan by January 24, 2013.
```

SO ORDERED:

_____
HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE

1/2/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**COURTESY COPY**

PRIDE TECHNOLOGIES LLC.

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

No. 12 Civ. 8517 (RA) ( )

**NOTICE OF MOTION**

- against -

TOM DEANGELIS

RECEIVED DEC 27 2012 PRO SE OFFICE

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Thomas DeAngelis,
*(name)*
affirmed on December 26, 2012, and upon the exhibits attached thereto *(delete if no*
*(date)*
*exhibits)*, the accompanying Memorandum of Law in support of this motion *(delete if there is no*

*Memorandum of Law)*, and the pleadings herein, plaintiff/defendant will move this Court, before

*(circle one)*
HONORABLE RONNIE ABRAMS, United States District/Magistrate Judge, for an order
*(Judge's name)* *(circle one)*
pursuant to Rule _____ of the Federal Rules of Civil Procedure granting *(state what you want the*
*Judge to order)*: I am asking for an adjournment Due to the holiday season and the short notice that I had to respond to this.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Brick , NJ       Signature Thomas DeAngelis
       *(city)*   *(state)*    Address 416 Bella Vista Road
       December 26 , 2012     Brick New Jersey 08724
       *(month)* *(day)* *(year)*  Telephone Number 732-691-9637
                     Fax Number *(if you have one)*

courtesy

Rev. 05/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIDE TECHNOLOGIES LLC.

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

No. 12 Civ. 8517 (RA) ( )

- against -

TOM DEANGELIS

**NOTICE OF APPEARANCE**

RECEIVED DEC 27 2012 PRO SE OFFICE

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Please take notice that I, Thomas DeAngelis, a defendant in
*(name)*
this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated: 416 Bella Vista Road Brick, NJ
*(town/city)* *(state)*

December 26, 20 12

*Signature of Defendant*

416 Bella Vista Road
*Address*

Brick NJ 08724
*City, State & Zip Code*

732-691-9637
*Telephone Number*

*Fax Number (if you have one)*

Rev. 05/2007

3