```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-27-12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIDE TECHNOLOGIES LLC.
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

No. 12 Civ. 8517 (RA) ( )

- against -

NOTICE OF APPEARANCE

TOM DEANGELIS
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Please take notice that I, Thomas DeAngelis, a defendant in
*(name)*
this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated: 416 Bella Vista Road Brick , NJ
 *(town/city)* *(state)*

December 26 , 20 12

_____
Signature of Defendant

416 Bella Vista Road
Address

Brick NJ 08724
City, State & Zip Code

732-691-9637
Telephone Number

_____
Fax Number (if you have one)

curtesy

Rev. 05/2007                                 3

**Extremely Urgent**

This envelope is for use with the following services:

**UPS Next Day Air®**
**UPS Worldwide Express®**
**UPS 2nd Day Air®**

Apply shipping documents on this side.

Do not use this envelope for:

**UPS Ground**
**UPS Standard**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

Visit theupsstore.com or call **1-800-PICK-UPS®** (1-800-742-5877) to find a location near you.

**Domestic Shipments**
- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

Note: Express Envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

THOMAS DEANGELIS
(732) 899-3691
THE UPS STORE #4632
STE B7
990 CEDARBRIDGE AVE
BRICK NJ 08723-4157

0.2 LBS LTR 1 OF 1
SHP WT: LTR
DATE: 26 DEC 2012

SHIP TO: PRO SE OFFICE U.S. COURTHOUSE
RM 230
500 PEARL ST
NEW YORK NY 10007-1316

NY 102 9-10

UPS NEXT DAY AIR SAVER 1P
TRACKING #: 1Z 663 21R 13 3051 7780

BILLING: P/P

REF #1: BP
REF #2: REFERENCE #

USM SDNY

Mail Boxes Etc., Inc. is a UPS® company. The UPS Store® locations are independently owned and operated and franchises in Canada. Services, pricing and hours of operation may vary by location. Copyright © 2011 Mail Boxes Etc., Inc. 41026000509 ... International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

01880250709  12/11  PAC  United Parcel Service, Louisville, KY

100% Recycled fiber
80% Post-Consumer