1/4/2012

Pro-Se Office          Docket #12 Civ.8517 (RA)

I am requesting a change of conference for the Honorable Judge Ronnie Abrams I am asking that they allow me to complete this conference telephonically. Can you Please forward this letter to Judge Ronnie Abrams office.

I can be reached at 732 691-9637

My Address is 416 Bella Vista Road Brick NJ 08724

Sincerely,

Thomas DeAngelis

Courtesy

RECEIVED
PRO SE OFFICE
2012 JAN -8 P 12:01

1/4/2012

Honorable Judge Ronnie Abrams      Docket #12 Civ.8517 (RA)
United States District Judge

My name is Thomas DeAngelis and I am the Defendant in the case of Pride Technologies LLC. v Tom DeAngelis. I recently received a call from your chambers rescheduling the counsel for all parties that was scheduled for January 3, 2012 and re-scheduled to January 31, 2013 at 10:30.

I informed the court clerk that I had previous travel plans on that day and being a state employee the cost is prohibitive to travel to the City. I am asking for the consideration of being able to complete the conference Telephonically. Thank you for your kind consideration.

Sincerely,

Thomas DeAngelis

Courtesy



RECEIVED JAN X 8 2013 PRO SE OFFICE

Tom & Nida DeAngelis
416 Bella Vista Road
Brick, NJ, 08724

RECEIVED
SDNY PRO SE OFFICE
2013 JAN -8 A 11: 27

Pro Se Office
500 Pearl Street
New York, New York 1007
Rm 200