```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
PRIDE TECHNOLOGIES,                                         :
                                                            :
                              Plaintiff,                    :
                                                            :
               -v-                                          :
                                                            :
TOM DEANGELIS,                                              :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/13

No. 12 Civ. 8517 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Plaintiff commenced this action on February 10, 2012 in the Supreme Court of the State of New York, New York County, against Defendant. On May 7, 2012, Defendant filed a petition for relief under Chapter 7 of Title 11 of the United States Code in the District of New Jersey. On August 24, 2012, the Bankruptcy Court granted Defendant a discharge of debt and subsequently closed the case. On November 21, 2012, Plaintiff timely filed a notice of removal pursuant to 28 U.S.C. § 1452(a) and Federal Rule of Bankruptcy Procedure 9027. Plaintiff now requests that the Court refer this action to the Bankruptcy Court for the Southern District of New York pursuant to 28 U.S.C. § 1452(a) and the Southern District's Amended Standing Order of Reference Regarding Title 11 for the purpose of "seeking the Bankruptcy Court's determination as to whether the damages sought under the state court action are non-dischargeable under 11 U.S.C. § 153."

It is hereby:

ORDERED that this case is referred to the Bankruptcy Court for the Southern District of New York pursuant to this Court's Standing Order.

SO ORDERED.

Dated: January 30, 2013
New York, New York

_____
Ronnie Abrams
United States District Judge