95-88888-cgm    Doc 12-1    Filed 12/31/13    Entered 01/08/14 12:37:58    docket sheet
Case: 1:13-cv-09212-UA    As of: 01/08/2014 12:33 PM EST    1 of 1
Pg 1 of 1

CLOSED, BKREF, ECF, REFERRED

**U.S. District Court**
**Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:13−cv−09212−UA**
*Internal Use Only*

iGPS Company LLC v. Moore
Assigned to: Judge Unassigned
Case in other court:  State Court−Supreme, 652431−11
Cause: 28:1452 RRre motions to remand (non−core)

Date Filed: 12/31/2013
Date Terminated: 01/08/2014
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

**Plaintiff**

**iGPS Company LLC**                    represented by    **Christopher Francis Graham**
McKenna Long York)
230 Park Avenue
New York, NY 10169
(212) 905−8328
Fax: (212) 922−1819
Email: cgraham@mckennalong.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bobby L. Moore**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/31/2013 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 652431−11. (Filing Fee $ 350.00, Receipt Number 465401084502).Document filed by iGPS Company LLC. (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4)(jom) (Entered: 01/07/2014) |
| 12/31/2013 |  | CASE REFERRED TO Judge Richard J. Sullivan as possibly related to 13−cv−9211. (jom) (Entered: 01/07/2014) |
| 12/31/2013 |  | Case Designated ECF. (jom) (Entered: 01/07/2014) |
| 01/07/2014 | 2 | DUPLICATE ORIGINAL AMENDED STANDING ORDER REFERRING CASE to Bankruptcy Court. Pursuant to 28 U.S.C. Section 157(a) any or all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 are referred to the bankruptcy judges for this district. (See 1:12−mc−00032 (M−10−468) Order Filed February 1, 2012) (Signed by Judge Loretta A. Preska on 1/31/2012) (laq) (Entered: 01/07/2014) |
| 01/07/2014 | 3 | AFFIDAVIT OF SERVICE. Document filed by iGPS Company LLC. (Graham, Christopher) (Entered: 01/07/2014) |
| 01/08/2014 |  | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States Bankruptcy Court − Southern District of New York on 1/8/2014. (laq) (Entered: 01/08/2014) |