UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

IGPS COMPANY LLC,                                    13CV9212

                        Plaintiff,

            v.                                       **Affidavit of Service**

BOBBY L. MOORE,

                        Defendant.
------------------------------------------------------------------------X

State of New York )
                  )ss:
County New York )

    I Kelly Diaz, being duly sworn deposes and says that I am not a party to this action. I am over 18 years of age and reside in Howell, New Jersey.

    That on the 31st day of December, 2013, I served a true and correct copy of the NOTICE OF REMOVAL by Overnight Mail on:

> Daniel J. Kaiser
> Kaiser Saubron & Mair, P.C.
> 111 Broadway, 18th Floor
> New York, NY 10006

_____
Kelly Diaz

Sworn to before me this
31st day of December 2013

_____
Notary Public

JORGE A. GUZMAN
Notary Public, State of New York
No. 01GU6145376
Qualified in New York County
Commission Expires May 8, 2014