95-88888-cgm    Doc 13-1    Filed 12/31/13    Entered 01/08/14 12:52:02    docket sheet
Case 1:13-cv-09211-RJS    As of: 01/08/2014 12:59 PM EST    1 of 6
Pg 1 of 6

CLOSED, BKREF, ECF

# U.S. District Court
## Southern District of New York (Foley Square)
**CIVIL DOCKET FOR CASE #: 1:13–cv–09211–RJS**
*Internal Use Only*

Moore v. iGPS Company LLC et al  
Assigned to: Judge Richard J. Sullivan  
Case in other court:  State Court–Supreme, 651907–11  
Cause: 28:1334 Bankruptcy Appeal

Date Filed: 12/31/2013  
Date Terminated: 01/08/2014  
Jury Demand: None  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Federal Question

**Plaintiff**

**Bobby L. Moore**

V.

**Defendant**

**iGPS Company LLC**  represented by  **Roxanne Tizravesh**  
Akin Gump Strauss Hauer &Feld  
One Bryant Park  
New York, NY 10036  
(212)–872–7492  
Fax: (212)–872–1002  
Email: rtizravesh@akingump.com  
*ATTORNEY TO BE NOTICED*

**Samidh Jalem Guha**  
Akin Gump Strauss Hauer &Feld LLP (NYC)  
One Bryant Park  
New York, NY 10036  
(212) 872–1015  
Fax: (212) 872–1002  
Email: sguha@akingump.com  
*ATTORNEY TO BE NOTICED*

**Stephen M Baldini**  
Akin Gump Strauss Hauer and Feld LLP  
One Bryant Pk  
New York, NY 10036  
12128721000  
Fax: 12128721002  
Email: sbaldini@akingump.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pegasus Capital Advisors LLP**  represented by  **Roxanne Tizravesh**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Samidh Jalem Guha**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Stephen M Baldini**  
(See above for address)  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

95-88888-cgm   Doc 13-1   Filed 12/31/13   Entered 01/08/14 12:52:02   docket sheet
Case: 1:13-cv-09211-RJS   As of: 01/08/2014 12:54 PM EST   2 of 6
Pg 2 of 6

**Defendant**
**Pegasus Partners III (AIV), L.P.**                represented by  **Roxanne Tizravesh**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Samidh Jalem Guha**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Stephen M Baldini**
                                                                    (See above for address)
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**
**Pegasus Investors III, L.P.**                     represented by  **Roxanne Tizravesh**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Samidh Jalem Guha**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Stephen M Baldini**
                                                                    (See above for address)
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**
**Pegasus Investors III GP**                        represented by  **Roxanne Tizravesh**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Samidh Jalem Guha**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Stephen M Baldini**
                                                                    (See above for address)
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**
**Pegasus iGPS, LLC**                               represented by  **Roxanne Tizravesh**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Samidh Jalem Guha**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Stephen M Baldini**
                                                                    (See above for address)
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**
**iGPS Co−Investment LLC**                          represented by  **Roxanne Tizravesh**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Samidh Jalem Guha**

95-88888-cgm Doc 13-1 Filed 12/31/13 Entered 01/08/14 12:52:02 docket sheet
Case: 1:13-cv-09211-RJS As of: 01/08/2014 12:39 PM EST 3 of 6
Pg 3 of 6

(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen M Baldini**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**iGPS Employee Participation, L.P.** represented by **Roxanne Tizravesh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samidh Jalem Guha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen M Baldini**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**iGPS Executive (GP) LLC** represented by **Roxanne Tizravesh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samidh Jalem Guha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen M Baldini**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**PP IV iGPS Holdings, LLC** represented by **Roxanne Tizravesh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samidh Jalem Guha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen M Baldini**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kelso &Company** represented by **Roxanne Tizravesh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samidh Jalem Guha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen M Baldini**
(See above for address)
*PRO HAC VICE*

95-88888-cgm    Doc 13-1    Filed 12/31/13    Entered 01/08/14 12:52:02    docket sheet
Case: 1:13-cv-09211-RJS    As of: 01/08/2014 12:39 PM EST    4 of 6
Pg 4 of 6

*ATTORNEY TO BE NOTICED*

**Defendant**

**Kia VIII (iGPS), L.P.**                 represented by **Roxanne Tizravesh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samidh Jalem Guha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen M Baldini**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kia VIII (iGPS) GP, L.P.**              represented by **Roxanne Tizravesh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samidh Jalem Guha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen M Baldini**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kep VI AIV (iGPS), LLC**                represented by **Roxanne Tizravesh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samidh Jalem Guha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen M Baldini**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kelso GP VIII, LLC**                    represented by **Roxanne Tizravesh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samidh Jalem Guha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen M Baldini**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rich Weinberg**                         represented by **Roxanne Tizravesh**
(See above for address)
*ATTORNEY TO BE NOTICED*

95-88888-cgm Doc 13-1 Filed 12/31/13 Entered 01/08/14 12:52:02 docket sheet
Case: 1:13-cv-09211-RJS As of: 01/08/2014 12:55 PM EST 5 of 6
Pg 5 of 6

|  |  | **Samidh Jalem Guha**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Stephen M Baldini**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **Craig Cogut** | represented by | **Roxanne Tizravesh**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Samidh Jalem Guha**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Stephen M Baldini**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **Frank Nickell** | represented by | **Roxanne Tizravesh**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Samidh Jalem Guha**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Stephen M Baldini**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **Phil Berney** | represented by | **Roxanne Tizravesh**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Samidh Jalem Guha**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Stephen M Baldini**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/31/2013 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 651907–11. (Filing Fee $ 350.00, Receipt Number 465401084502).Document filed by iGPS Co–Investment LLC, Craig Cogut, Pegasus Partners III (AIV), L.P., Kia VIII (iGPS) GP, L.P., Frank Nickell, Kep VI AIV (iGPS), LLC, iGPS Executive (GP) LLC, Phil Berney, Kia VIII (iGPS), L.P., Pegasus Capital Advisors LLP, Pegasus Investors III GP, iGPS Employee Participation, L.P., Kelso &Company, PP IV iGPS Holdings, LLC, Rich Weinberg, Pegasus Investors III, L.P., Kelso GP VIII, LLC, Pegasus iGPS, LLC, iGPS |

|  |  |  |
|---|---|---|
|  |  | Company LLC. (Attachments: # 1 Part 1, # 2 Part 2, # 3 Part 3)(jom) (Entered: 01/07/2014) |
| 12/31/2013 |  | Magistrate Judge Kevin Nathaniel Fox is so designated. (jom) (Entered: 01/07/2014) |
| 12/31/2013 |  | Case Designated ECF. (jom) (Entered: 01/07/2014) |
| 12/31/2013 | 2 | DUPLICATE ORIGINAL AMENDED STANDING ORDER REFERRING CASE to Bankruptcy Court as related to Bankruptcy Court Case No. 95–88888. Pursuant to 28 U.S.C. Section 157(a) any or all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 are referred to the bankruptcy judges for this district. (See 1:12–mc–00032 (M–10–468) Order Filed February 1, 2012) (Signed by Judge Loretta A. Preska on 1/31/2012) (laq) (Entered: 01/08/2014) |
| 01/08/2014 |  | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States Bankruptcy Court – Southern District of New York on 1/8/2014. (laq) (Entered: 01/08/2014) |
| 01/08/2014 | 3 | AFFIDAVIT OF SERVICE. Document filed by Phil Berney, Craig Cogut, Kelso &Company, Kelso GP VIII, LLC, Kep VI AIV (iGPS), LLC, Kia VIII (iGPS) GP, L.P., Kia VIII (iGPS), L.P., Frank Nickell, PP IV iGPS Holdings, LLC, Pegasus Capital Advisors LLP, Pegasus Investors III GP, Pegasus Investors III, L.P., Pegasus Partners III (AIV), L.P., Pegasus iGPS, LLC, Rich Weinberg, iGPS Co–Investment LLC, iGPS Company LLC, iGPS Employee Participation, L.P., iGPS Executive (GP) LLC. (Guha, Samidh) (Entered: 01/08/2014) |