UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BOBBY L. MOORE,                                                      13CV9211

                            Plaintiff,

                v.                                            **Affidavit of Service**

IGPS COMPANY LLC, et al,

                          Defendants.
------------------------------------------------------------------------X

State of New York )
                    )ss:
County New York )

     I Kelly Diaz, being duly sworn deposes and says that I am not a party to this action. I am over 18 years of age and reside in Howell, New Jersey.

     That on the 31st day of December, 2013, I served a true and correct copy of the NOTICE OF REMOVAL by Overnight Mail on:

                         Daniel J. Kaiser
                     Kaiser Saubron & Mair, P.C.
                     111 Broadway, 18th Floor
                     New York, NY 10006

                             And

                     Christopher F. Graham
                   McKenna Long & Aldridge LLP
                      230 Park Avenue
                     New York, NY 10169

                                              Kelly Diaz

Sworn to before me this
31st day of December 2013

Notary Public

JORGE A. GUZMAN
Notary Public, State of New York
No. 01GU6145376
Qualified in New York County
Commission Expires May 8, 2014