CLOSED,BKREF,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:14-cv-04341-PAE
*Internal Use Only*

Camofi Master LDC et al v. U.S. Coal Corp et al
Assigned to: Judge Paul A. Engelmayer
Case in other court: State Court – Supreme, 650411–12
Cause: 28:1452 RRre motions to remand (non–core)

Date Filed: 06/17/2014
Date Terminated: 07/17/2014
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

**Plaintiff**

**Camofi Master LDC**

**Plaintiff**

**Camofi Master, LDC**

V.

**Defendant**

**U.S. Coal Corp**   represented by   **Abigail T. Reardon**
Nixon Peabody LLP (NYC)
437 Madison Avenue
New York, NY 10022
212–940–3000
Fax: 212 940–3111
Email: areardon@nixonpeabody.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis J. Drebsky**
Nixon Peabody LLP (NYC)
437 Madison Avenue
New York, NY 10022
(212)–940–3091
Fax: (212)–940–3111
Email: ddrebsky@nixonpeabody.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**East Coast Miner, LLC**

**Defendant**

**Jad Coal Company, Inc**   represented by   **Abigail T. Reardon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis J. Drebsky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**U.S. Coal Corp.**   represented by   **Abigail T. Reardon**
(See above for address)
*LEAD ATTORNEY*

        *ATTORNEY TO BE NOTICED*

        **Dennis J. Drebsky**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Jad Coal Company, Inc**      represented by      **Abigail T. Reardon**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Dennis J. Drebsky**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Camofi Master Lcd**

**Counter Defendant**

**Camhzn Master Ldc**

**Counter Defendant**

**Centrecourt Management, L.L.C.**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/17/2014 | 1 | CIVIL COVER SHEET filed. (jd) (jd). (Entered: 06/20/2014) |
| 06/17/2014 | 2 | NOTICE OF REMOVAL from Supreme, County of New York. Case Number: 650411−12. (Filing Fee $ 350.00, Receipt Number 465401097866).Document filed by Jad Coal Company, Inc, U.S. Coal Corp.(jd) (jd). (Additional attachment(s) added on 6/20/2014: # 1 Exhibit) (jd). (Additional attachment(s) added on 6/20/2014: # 2 Exhibit, # 3 Exhibit) (jd). (Additional attachment(s) added on 6/20/2014: # 4 Exhibit) (jd). (Additional attachment(s) added on 6/20/2014: # 5 Exhibit) (jd). (Additional attachment(s) added on 6/20/2014: # 6 Exhibit) (jd). (Additional attachment(s) added on 6/20/2014: # 7 Exhibit) (jd). (Additional attachment(s) added on 6/20/2014: # 8 Exhibit) (jd). (Additional attachment(s) added on 6/20/2014: # 9 Exhibit) (jd). (Additional attachment(s) added on 6/20/2014: # 10 Exhibit) (jd). (Additional attachment(s) added on 6/20/2014: # 11 Exhibit # 12 Exhibit, # 13 (mqu). Modified on 6/20/2014 (mqu). (Entered: 06/20/2014) |
| 06/17/2014 | | Magistrate Judge Ronald L. Ellis is so designated. (jd) (Entered: 06/20/2014) |
| 06/17/2014 | | Case Designated ECF. (jd) (Entered: 06/20/2014) |
| 06/17/2014 | 9 | DUPLICATE ORIGINAL AMENDED STANDING ORDER REFERRING CASE to Bankruptcy Court as related to Bankruptcy Court Case No. 14−60676. Pursuant to 28 U.S.C. Section 157(a) any or all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 are referred to the bankruptcy judges for this district. (See 1:12−mc−00032 (M−10−468) Order Filed February 1, 2012) (Signed by Judge Loretta A. Preska on 1/31/2012) (laq) (Entered: 07/17/2014) |
| 06/20/2014 | 3 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by U.S. Coal Corp.(Reardon, Abigail) (Entered: 06/20/2014) |

| | | |
|---|---|---|
| 06/20/2014 | 4 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent U.S. Coal Corp. for Jad Coal Company, Inc. Document filed by Jad Coal Company, Inc.(Reardon, Abigail) (Entered: 06/20/2014) |
| 06/20/2014 | 5 | CERTIFICATE OF SERVICE of Notice of Removal served on Akin Gump Strauss Hauer &Feld LLP, Attorneys for Camofi Master LCD, CAMHZN Master LDC and Centrecourt Asset Management, LLC, and The Nelson Law Firm, Attorneys for East Coast Miner, LLC on 6/17/2014. Service was made by By Mail and Fax. Document filed by Jad Coal Company, Inc, U.S. Coal Corp. (Reardon, Abigail) (Entered: 06/20/2014) |
| 06/20/2014 | 6 | NOTICE OF APPEARANCE by Abigail T. Reardon on behalf of Jad Coal Company, Inc, U.S. Coal Corp. (Reardon, Abigail) (Entered: 06/20/2014) |
| 06/20/2014 | 7 | NOTICE OF APPEARANCE by Dennis J. Drebsky on behalf of Jad Coal Company, Inc, U.S. Coal Corp. (Drebsky, Dennis) (Entered: 06/20/2014) |
| 07/09/2014 | 8 | NOTICE OF INITIAL PRETRIAL CONFERENCE: Initial Conference set for 8/13/2014 at 02:00 PM in Courtroom 1305, 40 Centre Street, New York, NY 10007 before Judge Paul A. Engelmayer. (Signed by Judge Paul A. Engelmayer on 7/9/2014) (ajs) (Entered: 07/09/2014) |
| 07/17/2014 | | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States Bankruptcy Court – Southern District of New York. (laq) (Entered: 07/17/2014) |