# EXHIBIT A

B5 (Official Form 5) (12/07)    **FORM 5. INVOLUNTARY PETITION**

| United States Bankruptcy Court<br>**Eastern District of Kentucky** | **INVOLUNTARY PETITION** |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**J. A. D. Coal Company, Inc.** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN<br>(If more than one, state all.) | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**P.O. Box 297**<br>**Coldiron, KY 40819** | MAILING ADDRESS OF DEBTOR (If different from street address)<br>**1400 LLC**<br>**300 West Vine Street**<br>**Suite 1100**<br>**Lexington, KY 40507** |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Harlan** | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☐ Chapter 7    ■ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| Nature of Debts<br>(Check one box)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>■ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>■ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>**Licking River Mining, LLC** | Case Number<br>**14-10201** | Date<br>**05/22/2014** |
|---|---|---|
| Relationship<br>**Affiliate** | District<br>**Eastern District of Kentucky** | Judge<br>**Tracey N. Wise** |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).<br>2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

Name of Debtor __J. A. D. Coal Company, Inc.__

B5 (Official Form 5) (12/07) - Page 2                      Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X /s/ Paul Lyon, CEO                                    X /s/ Ellen Arvin Kennedy, Esq.       June 4, 2014
Signature of Petitioner or Representative (State title)   Signature of Attorney                Date

__Mineral Labs, Incorporated__        June 4, 2014     Ellen Arvin Kennedy, Esq.
Name of Petitioner                    Date Signed      Name of Attorney Firm (If any)
                                                       Dinsmore & Shohl LLP
Name & Mailing        Paul Lyon, CEO                   250 West Main Street
Address of Individual Mineral Labs, Incorporated       Suite 1400
Signing in Representative Box 549                      Lexington, KY 40507
Capacity              Salyersville, KY 41465           Address
                                                       Telephone No. __(859) 425-1000__


X /s/ Wayne Marcum, President                          X /s/ Ellen Arvin Kennedy, Esq.       June 4, 2014
Signature of Petitioner or Representative (State title)   Signature of Attorney                Date

__Marcum Oil Company, Inc.__          June 4, 2014     Ellen Arvin Kennedy, Esq.
Name of Petitioner                    Date Signed      Name of Attorney Firm (If any)
                                                       Dinsmore & Shohl LLP
Name & Mailing        Wayne Marcum, President          250 West Main Street
Address of Individual Marcum Oil Company, Inc.         Suite 1400
Signing in Representative 27288 Wilderness Road        Lexington, KY 40507
Capacity              Jonesville, VA 24263             Address
                                                       Telephone No. __(859) 425-1000__


X /s/ Kenneth J. Lund, Senior Vice President           X /s/ Ellen Arvin Kennedy, Esq.       June 4, 2014
Signature of Petitioner or Representative (State title)   Signature of Attorney                Date

__Forge Group North America Asset Mgmt.__  June 4, 2014  Ellen Arvin Kennedy, Esq.
Name of Petitioner                    Date Signed      Name of Attorney Firm (If any)
                                                       Dinsmore & Shohl LLP
Name & Mailing        Kenneth J. Lund, Senior Vice President   250 West Main Street
Address of Individual Forge Group North America Asset  Suite 1400
Signing in Representative Management, LLC              Lexington, KY 40507
Capacity              4000 Town Center Blvd.           Address
                      Canonsburg, PA 15317             Telephone No. __(859) 425-1000__

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Mineral Labs, Incorporated<br>Box 549<br>Salyersville, KY 41465 | Goods & Services | 100,000.00 |
| Marcum Oil Company, Inc.<br>27288 Wilderness Road<br>Jonesville, VA 24263 | Goods & Services | 4,493.25 |
| Forge Group North America Asset Mgmt.<br>4000 Town Center Blvd.<br>Canonsburg, PA 15317 | Goods & Services | 812,314.43 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>916,807.68 |

____1____ continuation sheets attached

Name of Debtor  **J. A. D. Coal Company, Inc.**

FORM 5 Involuntary Petition

Case No. _____
(Court use only)

| PENDING BANKRUPTCY CASE(S) FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Continuation Sheet) | | |
|---|---|---|
| Name of Debtor<br>**Licking River Resources, Inc.** | Case Number<br>**14-10203** | Date<br>**05/23/2014** |
| Relationship<br>**Affiliate** | District<br>**Eastern District of Kentucky** | Judge<br>**Tracey N. Wise** |
| Name of Debtor<br>**Fox Knob Coal Co., Inc.** | Case Number<br>**14-60619** | Date<br>**05/23/2014** |
| Relationship<br>**Affiliate** | District<br>**Eastern District of Kentucky** | Judge<br>**Tracey N. Wise** |
| Name of Debtor<br>**S. M. & J., Inc.** | Case Number<br>**14-10220** | Date<br>**06/03/2014** |
| Relationship<br>**Affiliate** | District<br>**Eastern District of Kentucky** | Judge<br>**Tracey N. Wise** |
| Name of Debtor | Case Number | Date |
| Relationship | District | Judge |
| Name of Debtor | Case Number | Date |
| Relationship | District | Judge |
| Name of Debtor | Case Number | Date |
| Relationship | District | Judge |
| Name of Debtor | Case Number | Date |
| Relationship | District | Judge |

_1_ of _1_ continuation sheets attached

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

In Re:

J. A. D. Coal Company, Inc.,                    Case No. _____
                                                Involuntary
                Debtor.                         Chapter 11

## CORPORATE DISCLOSURE STATEMENT OF
## MINERAL LABS, INCORPORATED

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, the Petitioning Creditor, Mineral Labs, Incorporated makes the following disclosures:

1. Mineral Labs, Incorporated is a Kentucky corporation organized under the laws of the State of Kentucky.

2. Paul Lyon owns 100% shares of its common equity interests.

Dated this 29th day of May, 2014

                                    Mineral Labs, Incorporated

                                    By: /s/ Paul Lyon
                                        Paul Lyon

                                    Its: Chief Executive Officer


/s/ Ellen Arvin Kennedy, Esq.
Ellen Arvin Kennedy, Esq.
Dinsmore & Shohl LLP
250 West Main Street, Suite 1400
Lexington, KY 40507
Telephone: (859) 425-1000
Facsimile: (859) 425-1099
Email: ellen.kennedy@dinsmore.com
**COUNSEL FOR MINERAL LABS, INCORPORATED**

558025v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

In Re:

J. A. D. Coal Company, Inc.,                       Case No. _____
                                                    Involuntary
        Debtor.                              Chapter 11

## CORPORATE DISCLOSURE STATEMENT OF
## MARCUM OIL COMPANY, INC.

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, the Petitioning Creditor, Marcum Oil Company, Inc. makes the following disclosures:

1. Marcum Oil Company, Inc. is a corporation organized under the laws of the State of Virginia.

2. Wayne Marcum owns 100% shares of its common equity interests.

Dated this 2nd day of June, 2014

                              Marcum Oil Company, Inc.

                              By: /s/ Wayne Marcum
                                  Wayne Marcum

                              Its: President

/s/ Ellen Arvin Kennedy, Esq.
Ellen Arvin Kennedy, Esq.
Dinsmore & Shohl LLP
250 West Main Street
Suite 1400
Lexington, KY 40507
Telephone: (859) 425-1000
Facsimile: (859) 425-1099
Email: ellen.kennedy@dinsmore.com
**COUNSEL FOR MARCUM OIL COMPANY, INC.**

558379v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

In Re:

J. A. D. Coal Company, Inc.,             Case No. _____
                                                                     Involuntary
Debtor.                                             Chapter 11

## CORPORATE DISCLOSURE STATEMENT OF
## FORGE GROUP NORTH AMERICA ASSET MANAGEMENT, LLC

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, the Petitioning Creditor, Forge Group North America Asset Management, LLC makes the following disclosures:

1. Forge Group North America Asset Management, LLC is a Pennsylvania limited liability company organized under the laws of the Commonwealth of Pennsylvania.

2. Forge Group, Inc., a Delaware corporation, owns 100% of its common equity units.

Dated this 2nd day of June, 2014

                                       Forge Group North America Asset Management, LLC

                                       By: /s/ *Kenneth J. Lund*
                                                Kenneth J. Lund

                                       Its: Senior Vice President

/s/ *Ellen Arvin Kennedy, Esq.*
Ellen Arvin Kennedy, Esq.
Dinsmore & Shohl LLP
250 West Main Street, Suite 1400
Lexington, KY 40507
Telephone: (859) 425-1000
Facsimile: (859) 425-1099
Email: ellen.kennedy@dinsmore.com
**COUNSEL FOR FORGE GROUP NORTH
AMERICA ASSET MANAGEMENT, LLC**

558467v1