# EXHIBIT D

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| CAMOFI MASTER LDC AND CAMHZN MASTER, LDC, <br><br> Plaintiffs, <br><br> - against - <br><br> U.S. COAL CORP., EAST COAST MINER, LLC, AND JAD COAL COMPANY, INC., <br><br> Defendants. <br> U.S. COAL CORPORATION, AND JAD COAL COMPANY, <br><br> Counterclaim Plaintiffs, <br><br> - against - <br><br> CAMOFI MASTER LDC AND CAMZHN MASTER LDC, <br><br> Counterclaim Defendants. <br> CENTRECOURT ASSET MANAGEMENT, LLC, <br><br> Additional Defendant on the Counterclaims. | Index No. 650411/12 <br><br> NOTICE OF FILING OF PETITION FOR REMOVAL |

PLEASE TAKE NOTICE that, on June 17, 2014, Defendants-Counterclaim Plaintiffs JAD Coal Company, Inc. and U.S. Coal Corporation filed a Petition for Removal of this Action to the United States District Court for the Southern District of New York (the "Petition"). A true copy of the Petition is annexed hereto as Exhibit A.

Dated: New York, New York
      June 17, 2014

NIXON PEABODY LLP

By: _[signature]_
Abigail T. Reardon
*Attorneys for Defendants U.S. Coal Corporation and JAD Coal Company, Inc.,*
437 Madison Avenue
New York, New York 10022
(212) 940-3000

15008699.1

TO:

Clerk
Supreme Court, New York County
60 Centre Street
New York, New York 10007-1402

AKIN GUMP STRAUSS HAUER & FELD LLP
Douglas A. Rappaport
Robert J. Boller
Rachel J. Presa
One Bryant Park
New York, New York 10036
(212) 872-1000
(212) 872-1002 (FACSIMILE)
*Counsel for CAMOFI Master LCD, CAMHZN Master LDC
and Centrecourt Asset Management, LLC*

THE NELSON LAW FIRM
Stephen J. Nelson
Scott M. Dubowsky
White Plains Plaza
One North Broadway
White Plains, NY 10601
(914) 220-1900
(914) 220-1911 (FACSIMILE)
*Counsel for East Coast Miner, LLC*

15008699.1

2

# EXHIBIT A

B5 (Official Form 5) (12/07)     FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>**Eastern District of Kentucky** | **INVOLUNTARY PETITION** |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**J. A. D. Coal Company, Inc.** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|

Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN (If more than one, state all.)

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**P.O. Box 297**<br>**Coldiron, KY 40819** | MAILING ADDRESS OF DEBTOR (If different from street address)<br>**1400 LLC**<br>**300 West Vine Street**<br>**Suite 1100**<br>**Lexington, KY 40507** |
|---|---|

COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS
**Harlan**

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☐ Chapter 7    ■ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts** (Check one box)
Petitioners believe:
☐ Debts are primarily consumer debts
■ Debts are primarily business debts

**Type of Debtor** (Form of Organization)
☐ Individual (Includes Joint Debtor)
■ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

### VENUE

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### FILING FEE (Check one box)

■ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>**Licking River Mining, LLC** | Case Number<br>**14-10201** | Date<br>**05/22/2014** |
|---|---|---|
| Relationship<br>**Affiliate** | District<br>**Eastern District of Kentucky** | Judge<br>**Tracey N. Wise** |

### ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
    or
3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor __J. A. D. Coal Company, Inc.__

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X /s/ Paul Lyon, CEO
Signature of Petitioner or Representative (State title)

**Mineral Labs, Incorporated**    June 4, 2014
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Paul Lyon, CEO
Mineral Labs, Incorporated
Box 549
Salyersville, KY 41465

X /s/ Ellen Arvin Kennedy, Esq.    June 4, 2014
Signature of Attorney    Date

**Ellen Arvin Kennedy, Esq.**
Name of Attorney Firm (If any)
Dinsmore & Shohl LLP
250 West Main Street
Suite 1400
Lexington, KY 40507
Address
Telephone No. __(859) 425-1000__

X /s/ Wayne Marcum, President
Signature of Petitioner or Representative (State title)

**Marcum Oil Company, Inc.**    June 4, 2014
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Wayne Marcum, President
Marcum Oil Company, Inc.
27288 Wilderness Road
Jonesville, VA 24263

X /s/ Ellen Arvin Kennedy, Esq.    June 4, 2014
Signature of Attorney    Date

**Ellen Arvin Kennedy, Esq.**
Name of Attorney Firm (If any)
Dinsmore & Shohl LLP
250 West Main Street
Suite 1400
Lexington, KY 40507
Address
Telephone No. __(859) 425-1000__

X /s/ Kenneth J. Lund, Senior Vice President
Signature of Petitioner or Representative (State title)

**Forge Group North America Asset Mgmt.**    June 4, 2014
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Kenneth J. Lund, Senior Vice President
Forge Group North America Asset Management, LLC
4000 Town Center Blvd.
Canonsburg, PA 15317

X /s/ Ellen Arvin Kennedy, Esq.    June 4, 2014
Signature of Attorney    Date

**Ellen Arvin Kennedy, Esq.**
Name of Attorney Firm (If any)
Dinsmore & Shohl LLP
250 West Main Street
Suite 1400
Lexington, KY 40507
Address
Telephone No. __(859) 425-1000__

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Mineral Labs, Incorporated<br>Box 549<br>Salyersville, KY 41465 | Goods & Services | 100,000.00 |
| Marcum Oil Company, Inc.<br>27288 Wilderness Road<br>Jonesville, VA 24263 | Goods & Services | 4,493.25 |
| Forge Group North America Asset Mgmt.<br>4000 Town Center Blvd.<br>Canonsburg, PA 15317 | Goods & Services | 812,314.43 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>916,807.68 |

__1__ continuation sheets attached

Case 14-60676    Doc 1    Filed 06/04/14    Entered 06/04/14 11:42:56    Desc Main Document    Page 3 of 6

FORM 5 Involuntary Petition

Name of Debtor __J. A. D. Coal Company, Inc.__

Case No. _____ (Court use only)

| PENDING BANKRUPTCY CASE(S) FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Continuation Sheet) |||
|---|---|---|
| Name of Debtor<br>**Licking River Resources, Inc.** | Case Number<br>14-10203 | Date<br>05/23/2014 |
| Relationship<br>**Affiliate** | District<br>**Eastern District of Kentucky** | Judge<br>**Tracey N. Wise** |
| Name of Debtor<br>**Fox Knob Coal Co., Inc.** | Case Number<br>14-60619 | Date<br>05/23/2014 |
| Relationship<br>**Affiliate** | District<br>**Eastern District of Kentucky** | Judge<br>**Tracey N. Wise** |
| Name of Debtor<br>**S. M. & J., Inc.** | Case Number<br>14-10220 | Date<br>06/03/2014 |
| Relationship<br>**Affiliate** | District<br>**Eastern District of Kentucky** | Judge<br>**Tracey N. Wise** |
| Name of Debtor | Case Number | Date |
| Relationship | District | Judge |
| Name of Debtor | Case Number | Date |
| Relationship | District | Judge |
| Name of Debtor | Case Number | Date |
| Relationship | District | Judge |
| Name of Debtor | Case Number | Date |
| Relationship | District | Judge |

__1__ of __1__ continuation sheets attached

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

In Re:

J. A. D. Coal Company, Inc.,                    Case No. _____
                                                Involuntary
   Debtor.                       Chapter 11

## CORPORATE DISCLOSURE STATEMENT OF MINERAL LABS, INCORPORATED

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, the Petitioning Creditor, Mineral Labs, Incorporated makes the following disclosures:

1. Mineral Labs, Incorporated is a Kentucky corporation organized under the laws of the State of Kentucky.

2. Paul Lyon owns 100% shares of its common equity interests.

Dated this 29th day of May, 2014

           Mineral Labs, Incorporated

           By: /s/ Paul Lyon
             Paul Lyon

           Its: Chief Executive Officer

/s/ Ellen Arvin Kennedy, Esq.
Ellen Arvin Kennedy, Esq.
Dinsmore & Shohl LLP
250 West Main Street, Suite 1400
Lexington, KY 40507
Telephone: (859) 425-1000
Facsimile: (859) 425-1099
Email: ellen.kennedy@dinsmore.com
**COUNSEL FOR MINERAL LABS, INCORPORATED**

558025v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

In Re:

J. A. D. Coal Company, Inc.,

        Debtor.

Case No. _____
Involuntary
Chapter 11

## CORPORATE DISCLOSURE STATEMENT OF MARCUM OIL COMPANY, INC.

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, the Petitioning Creditor, Marcum Oil Company, Inc. makes the following disclosures:

1. Marcum Oil Company, Inc. is a corporation organized under the laws of the State of Virginia.

2. Wayne Marcum owns 100% shares of its common equity interests.

Dated this 2nd day of June, 2014

        Marcum Oil Company, Inc.

        By: _/s/ Wayne Marcum_
            Wayne Marcum

        Its: President

/s/ _Ellen Arvin Kennedy, Esq._
Ellen Arvin Kennedy, Esq.
Dinsmore & Shohl LLP
250 West Main Street
Suite 1400
Lexington, KY 40507
Telephone: (859) 425-1000
Facsimile: (859) 425-1099
Email: ellen.kennedy@dinsmore.com
**COUNSEL FOR MARCUM OIL COMPANY, INC.**

5583797

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

In Re:

J. A. D. Coal Company, Inc.,                    Case No. _____
                                                Involuntary
        Debtor.                          Chapter 11

## CORPORATE DISCLOSURE STATEMENT OF
## FORGE GROUP NORTH AMERICA ASSET MANAGEMENT, LLC

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, the Petitioning Creditor, Forge Group North America Asset Management, LLC makes the following disclosures:

1. Forge Group North America Asset Management, LLC is a Pennsylvania limited liability company organized under the laws of the Commonwealth of Pennsylvania.

2. Forge Group, Inc., a Delaware corporation, owns 100% of its common equity units.

Dated this 2nd day of June, 2014

        Forge Group North America Asset Management, LLC

        By: /s/ Kenneth J. Lund
            Kenneth J. Lund

        Its: Senior Vice President

/s/ Ellen Arvin Kennedy, Esq.
Ellen Arvin Kennedy, Esq.
Dinsmore & Shohl LLP
250 West Main Street, Suite 1400
Lexington, KY 40507
Telephone: (859) 425-1000
Facsimile: (859) 425-1099
Email: ellen.kennedy@dinsmore.com
**COUNSEL FOR FORGE GROUP NORTH AMERICA ASSET MANAGEMENT, LLC**

558467v1

Case 14-51461   Doc 1   Filed 06/10/14   Entered 06/10/14 18:36:13   Desc Main
                        Document        Page 1 of 3

B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Kentucky | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor -- If Individual: Last, First, Middle)<br>U.S. Coal Corporation | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>101 Helm Street, Suite 150<br>Lexington, Kentucky 40505 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Fayette County, KY<br>ZIP CODE 40505 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
In possession of the Debtor and the Debtor's affiliates, which are debtors in separate cases in U.S. Bankr. Ct. E.D. Ky

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7    ☑ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☑ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. [If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.] |

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>Licking River Mining, LLC | Case Number<br>14-10201 | Date<br>see attached page for add'l cases |
|---|---|---|
| Relationship<br>Subsidiary | District<br>E.D. Ky, Ashland Div. | Judge |

ALLEGATIONS
(Check applicable boxes)

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3. a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
       or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor U.S. Coal Corporation

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney     06/10/2014 |
|---|---|
| Kolmar Americas, Inc. | Daniel I. Waxman, Esq., Wyatt Tarrant & Combs LLP |
| Name of Petitioner        Date Signed  6/10/2014 | Name of Attorney Firm (If any) 250 West Main Street, Suite 1600 |
| Name & Mailing Address of Individual Signing in Representative Capacity: Kevin M. Luddy, EVP/CFO, Kolmar Americas, Inc., 10 Middle Street, Bridgeport, CT 06604 | Address: Lexington, KY 40507 Telephone No. (859) 233-2012 |

| Signature of Petitioner or Representative (State title) | Signature of Attorney   Date |
|---|---|
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address Telephone No. |

| Signature of Petitioner or Representative (State title) | Signature of Attorney   Date |
|---|---|
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner: Kolmar Americas, Inc., 10 Middle Street, Bridgeport, CT 06604 | Nature of Claim: Business debt | Amount of Claim: $1,360,504.18 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached

### List of Additional Pending Bankruptcy Cases Filed By Affiliates of the Debtor

*In re Licking River Resources, Inc.*, Case No. 14-10203 (U.S. Bankr. Ct., E.D. Ky, Ashland Div.)

*In re S.M. & J., Inc.*, Case No. 14-10220 (U.S. Bankr. Ct., E.D. Ky, Ashland Div.)

*In re Fox Knob Coal Co., Inc.*, Case No. 14-60619 (U.S. Bankr. Ct., E.D. Ky, London Div.)

*In re J.A.D. Coal Company, Inc.*, Case No. 14-60676 (U.S. Bankr. Ct., E.D. Ky, London Div.)