IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
CAMOFI MASTER LDC AND
CAMHZN MASTER, LDC,

                        Plaintiffs,           Case No. 14-CV-4341

        v.

U.S. COAL CORP., EAST COAST MINER, LLC,
JAD COAL COMPANY, INC.,

                        Defendants
---------------------------------------------------------------X
U.S. COAL CORP. and JAD COAL COMPANY,
INC.,

                        Counterclaim Plaintiffs,

        v.

CAMOFI MASTER LCD, CAMHZN MASTER,
LDC and CENTRECOURT MANAGEMENT, LLC,

                        Counterclaim Defendants.
---------------------------------------------------------------X

## RULE 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants and Counterclaimants U.S. Coal Corp. and JAD Coal Company, Inc., ("the Defendants"), by and through its undersigned counsel, in the above-referenced action, affirms that JAD Coal Company, Inc. is a wholly-owned subsidiary of U.S. Coal Corp., that U.S. Coal Corp. has no parent corporation, and that no publicly-held corporation owns 10 percent or more of its stock.

Dated: New York, New York
       June [17], 2014

                        NIXON PEABODY LLP

                        By: _____
                            Dennis Drebsky (DD4579)
                            Abigail T. Reardon (AR4722)
                    *Attorneys for U.S. Coal Corporation and*
                    *JAD Coal Company, Inc.*
                    437 Madison Avenue
                    New York, New York 10022
                    (212) 940-3000