IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
CAMOFI MASTER LDC AND
CAMHZN MASTER, LDC,

                Plaintiffs,                Case No. 14 CV 4341

      v.

U.S. COAL CORP., EAST COAST MINER, LLC,
JAD COAL COMPANY, INC.,

                Defendants
-----------------------------------------------------------X
U.S. COAL CORP. and JAD COAL COMPANY,
INC.,

                Counterclaim Plaintiffs,

      v.

CAMOFI MASTER LCD, CAMHZN MASTER,
LDC and CENTRECOURT MANAGEMENT, LLC,

                Counterclaim Defendants.
-----------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on this day that a true and correct copy of the foregoing

**DEFENDANT'S NOTICE OF REMOVAL** has been served on all parties to this action by

mail, postage prepaid, on June 17, 2014, to the following attorney of record.

                AKIN GUMP STRAUSS HAUER & FELD LLP
                Douglas A. Rappaport
                Robert J. Boller
                Rachel J. Presa
                One Bryant Park
                New York, New York 10036
                (212) 872-1000
                (212) 872-1002 (FACSIMILE)
                *Counsel for CAMOFI Master LCD, CAMHZN Master LDC and*
                *Centrecourt Asset Management, LLC*

15023798 1

THE NELSON LAW FIRM
Stephen J. Nelson
Scott M. Dubowsky
White Plains Plaza
One North Broadway
White Plains, NY  10601
(914) 220-1900
(914) 220-1911 (FACSIMILE)
*Counsel for East Coast Miner, LLC*

_____
Abigail T. Reardon (AR4722)