UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMOFI MASTER LDC AND<br>CAMHZN MASTER, LDC,<br><br>         Plaintiffs,<br><br>    v.<br><br>U.S. COAL CORP., EAST COAST MINER, LLC,<br>JAD COAL COMPANY, INC.,<br><br>         Defendants<br>---------------------------------------------------------------------<br>U.S. COAL CORP. and JAD COAL COMPANY,<br>INC.,<br><br>         Counterclaim-Plaintiffs,<br><br>    v.<br><br>CAMOFI MASTER LCD, CAMHZN MASTER,<br>LDC and CENTRECOURT MANAGEMENT, LLC,<br><br>         Counterclaim-Defendants | No. 14 Civ. 4341 (PAE) |

## **NOTICE OF APPEARANCE**

   PLEASE TAKE NOTICE that Abigail T. Reardon of the law firm Nixon Peabody LLP

appears as counsel in this case on behalf of Defendants and Counterclaimants U.S. Coal

Corporation and JAD Coal Company, Inc.

Dated: June 18, 2014
    New York, New York

1

Respectfully submitted,

NIXON PEABODY LLP

By: ___/s/ Abigail T. Reardon___
Abigail T. Reardon (AR4722)
437 Madison Avenue
New York, New York 10022
Tel: (212) 940-3000
Fax: (212) 940-3111
Email: areardon@nixonpeabody.com