UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMOFI MASTER LDC AND<br>CAMHZN MASTER, LDC,<br><br>          Plaintiffs,<br><br>    v.<br><br>U.S. COAL CORP., EAST COAST MINER, LLC,<br>JAD COAL COMPANY, INC.,<br><br>          Defendants<br>-------------------------------------------------------------------------------<br>U.S. COAL CORP. and JAD COAL COMPANY,<br>INC.,<br><br>          Counterclaim-Plaintiffs,<br><br>    v.<br><br>CAMOFI MASTER LCD, CAMHZN MASTER,<br>LDC and CENTRECOURT MANAGEMENT, LLC,<br><br>          Counterclaim-Defendants | No. 14 Civ. 4341 (PAE) |

## **NOTICE OF APPEARANCE**

   PLEASE TAKE NOTICE that Dennis J. Drebsky of the law firm Nixon Peabody LLP

appears as counsel in this case on behalf of Defendants and Counterclaimants U.S. Coal

Corporation and JAD Coal Company, Inc.

Dated: June 20, 2014
     New York, New York

1

        Respectfully submitted,

        NIXON PEABODY LLP

        By: /s/ Dennis J. Drebsky
         Dennis J. Drebsky (DD4579)
        437 Madison Avenue
        New York, New York 10022
        Tel: (212) 940-3000
        Fax: (212) 940-3111
        Email: ddrebsky@nixonpeabody.com