# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:15−cv−03343−UA
*Internal Use Only*

| | |
|---|---|
| 1443180 Ontario Ltd. et al v. Sobel et al<br>Assigned to: Judge Unassigned<br>Case in other court:  State Court Supreme, 153199−15<br>Cause: 28:1332nr Diversity: Notice of Removal | Date Filed: 04/29/2015<br>Jury Demand: None<br>Nature of Suit: 150 Contract: Recovery/Enforcement<br>Jurisdiction: Diversity |

**Petitioner**

**1443180 Ontario Ltd.**  represented by  **Kenneth Sussmane**
McCue Sussmane &Zapfel, P.C.
521 Fifth Ave., 28th Floor
NEW YORK, NY 10175
(212) 931−5500
Fax: (212) 931−5508
Email: ksussmane@mszpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**Maria Vozza**  represented by  **Kenneth Sussmane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**Natalia Zeer**  represented by  **Kenneth Sussmane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Curtis Sobel**  represented by  **Erin Anne O'Leary**
Morgan Melhuish &Abrutyn(NYC)
34 Broadway
New York, NY 10006
(212)−809−1111
Fax: (212) 509−3422
Email: eoleary@morganlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Law Group, LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/29/2015 | 1 | NOTICE OF REMOVAL from Supreme Court, Case Number: 153199−15. (Filing Fee $ 350.00, Receipt Number 465401124033).Document filed by Curtis Sobel. (Attachments: # 1 Notice of Removal Part 2, # 2 Notice of Removal Part 3)(moh) (Entered: 04/30/2015) |

| | | |
|---|---|---|
| 04/29/2015 | | CASE REFERRED TO Judge Richard M. Berman as possibly related to 14−cv−4879. (moh) (Entered: 04/30/2015) |
| 04/29/2015 | | Case Designated ECF. (moh) (Entered: 04/30/2015) |
| 04/29/2015 | 2 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 14−cv−4879. Document filed by Curtis Sobel.(moh) (Entered: 04/30/2015) |
| 04/29/2015 | 3 | CIVIL COVER SHEET filed. (moh) (Entered: 04/30/2015) |
| 04/30/2015 | 4 | LETTER MOTION for Conference re: 1 Notice of Removal addressed to Judge Richard M. Berman from Kenneth Sussmane dated April 30, 2015. Document filed by 1443180 Ontario Ltd., Maria Vozza, Natalia Zeer.(Sussmane, Kenneth) (Entered: 04/30/2015) |
| 04/30/2015 | 5 | LETTER MOTION for Conference re: 1 Notice of Removal *Corrected* addressed to Judge Richard M. Berman from Kenneth Sussmane dated April 30, 2015. Document filed by 1443180 Ontario Ltd., Maria Vozza, Natalia Zeer.(Sussmane, Kenneth) (Entered: 04/30/2015) |
| 05/06/2015 | 6 | FIRST LETTER addressed to Judge Richard M. Berman from Erin A. O'Leary, Esq. dated May 5, 2015 re: Notice of Removal. Document filed by Law Group, LLC.(O'Leary, Erin) (Entered: 05/06/2015) |
| 05/14/2015 | | ***NOTICE TO ATTORNEY TO SUBMIT RELATED CASE STATEMENT. Notice to Attorney Erin Anne O'Leary, for noncompliance with Local Civil Rule 13 of the Rules for the Division of Business Among Judges. Attorney must submit Related Case Statement for filing. Send a hard copy of the Related Case Statement form to: Clerk's Office, Finance Unit, 500 Pearl Street, Room 120, New York, NY 10007 and send a PDF of the Related Case Statement form to caseopenings@nysd.uscourts.gov. (laq)** (Entered: 05/14/2015) |