To: Page 2 of 3    2015-05-04 15:57:49 (GMT)    From: Joshua Brinen

95-88888-cam 1 Doc 1 53 Filed 05/19/15 Entered 05/19/15 16:17:08 doc 3 Pg 1
Case 1:15-cv-03372-VM Document Filed 05/04/15 Page 1 of 2
of 2



# Brinen & Associates, LLC

Joshua D. Brinen
Attorney at Law
New York Office
jbrinen@brinenlaw.com

Member New York, New Jersey, Florida, California, Texas & Nevada Bar
LL.M. in Taxation

May 4, 2015

### VIA FACSIMILE & REGULAR MAIL

The Honorable Victor Marrero
United States District Court Southern District of New York
United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 5/4/15

Facsimile: (212) 805-6382

    Re:    JS Barkats, PLLC v. Assured Pharmacy, Inc. and Robert Delvecchio
            Case Number: 1:15-cv-03372-VM
            Our File No.: AssuredPharmacy.11

Dear Judge Marrero:

I am counsel for Defendants Assured Pharmacy, Inc. and Robert Delvecchio in the above-referenced action.

On or about April 29, 2015, I filed a Notice of Removal, pursuant to 28 U.S.C. § 1452(a) and Rule 9027(a) of the Federal Rules of Bankruptcy Procedure, of the action, captioned *JSBarkats PLLC v. Assured Pharmacy, Inc. and Robert DelVecchio*, in the Supreme Court of the State of New York, County of New York, Index No. 650549/2014.

I mistakenly filed the Notice of Removal in the United States District Court for the Southern District of New York. I should, instead, have filed the Notice in the United States Bankruptcy Court for the Southern District of New York.

I apologize for my error and for any inconvenience caused to the Court, and respectfully request that this action be removed to the Bankruptcy Court for the Southern District of New York.

7 Dey Street, Suite 1503
New York, New York 10007
Telephone: (212) 330-8151
Facsimile: (212) 227-0201

1700 Post Oak Boulevard
2 Boulevard Place, Suite 600
Houston, Texas 77056
Telephone: (281) 815-4368
Facsimile: (281) 241-4444

# Brinen & Associates, LLC

May 4, 2015
Page 2

Should you have any questions, please do not hesitate to contact me at the New York
office or via electronic mail at jbrinen@brinenlaw.com.

Yours truly,

Joshua D. Brinen

cc:     Marc Jonas Block, Esq.

JDB:mst

Request GRANTED. The Clerk of Court
is directed to transfer this case
to the Bankruptcy Court for the
Southern District of New York

**SO ORDERED.**

5-4-15
DATE            VICTOR MARRERO, U.S.D.J.

150561 Ltr Hon. Victor Marrero ref removal to SDNY Bankruptcy Court.docx