CLOSED,BKREF,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:15−cv−03991−AJN
*Internal Use Only*

| | |
|---|---|
| Jackson v. Roberts<br>Assigned to: Judge Alison J. Nathan<br>Case in other court: State Court−Supreme, 651805−2015<br>Cause: 28:1452 RRre motions to remand (non−core) | Date Filed: 05/26/2015<br>Date Terminated: 05/26/2015<br>Jury Demand: None<br>Nature of Suit: 890 Other Statutory Actions<br>Jurisdiction: Federal Question |

**Plaintiff**

**Curtis James Jackson, III**　　　　　　　　　represented by　**Stephanie Leeann Gase**
*also known as*　　　　　　　　　　　　　　　　　　　　　　Cadwalader, Wickersham &Taft
50 Cent　　　　　　　　　　　　　　　　　　　　　　　　　One World Financial Center
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10281
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(212)−504−6712
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (212)−504−6666
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: sgase@brewerattorneys.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**William Andrew Brewer , III**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Bickel &Brewer (TX)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1717 Main Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 4800
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Dallas, TX 75201
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(214) 653−4000
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (214)−653−1015
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: wab@bickelbrewer.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**William Leonard Roberts, II**
*also known as*
Rick Ross

| Date Filed | # | Docket Text |
|---|---|---|
| 05/26/2015 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 651805−2015. (Filing Fee $ 350.00, Receipt Number 1126065).Document filed by Curtis James Jackson, III.(laq) (dgo). (Entered: 05/30/2015) |
| 05/26/2015 | | Magistrate Judge James L. Cott is so designated. (laq) (Entered: 05/30/2015) |
| 05/26/2015 | | Case Designated ECF. (laq) (Entered: 05/30/2015) |
| 05/26/2015 | 2 | CIVIL COVER SHEET filed. (laq) (dgo). (Entered: 05/30/2015) |
| 05/26/2015 | 3 | DUPLICATE ORIGINAL AMENDED STANDING ORDER REFERRING CASE to Bankruptcy Court. Pursuant to 28 U.S.C. Section 157(a) any or all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 are referred to the bankruptcy judges for this district. (See 1:12−mc−00032 (M−10−468) Order Filed February 1, 2012) (Signed by Judge Loretta A. Preska on 1/31/2012) (laq) (Entered: 05/30/2015) |

| | | |
|---|---|---|
| 05/26/2015 | | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States Bankruptcy Court – Southern District of New York. (laq) (Entered: 06/29/2015) |